**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida - Ft. Lauderdale Division**

In re   Arch Alumnium & Glass Co., Inc.         ,
                              Debtor

Case No.   _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pilkington North America Inc 811 Madison Ave Toledo, OH 43604 | Stephen Kirwen (p) 419-247-3731 (f)  419-247-4914 Stephen.Kirwen@nsg.com | | | 6,715,000.67 |
| Guardian Industries 4681 Collection Center Drive Chicago, IL 60693 | Jill Wiles (p) 903-872-4871 (f) 803-789-6812 jwiles@guardian.com | | | 5,563,805.48 |
| PPG Industries Inc P.O. Box 360175 Pittsburgh, PA 15251 | Dan Meshanko (p) 800-344-2063 (f) 732-509-0635 dmeshanko@ppg.com | | | 1,968,148.89 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| William Bonnell Co Inc. 25 Bonnell Street Newnan, GA 30263 | Tommy Musick (p) 770-253-2020 (f) 678-854-7656 tbmusick@bonlalum.com | | | 1,660,044.43 |
| Zeledyne LLC P.O. BOX 841426 Dallas, TX 75284 | Desiree Johnson (p) 918-254-5300 (f) 313-755-7583 Desiree.Johnson@zeledyne.com | | | 1,405,266.20 |
| Solutia Inc Box 75098 Charlotte, NC 28275 | Chuck Petrarca (p) 800-325-4330 (f) 314-674-3398 capetr1@solutia.com | | | 1,220,052.77 |
| Hydro Aluminum North America MP P. O. Box 2599 Carol Stream, IL 60132 | Matt Aboud (p) (410)487-8066 (f) 804-741-4700 Matt.Aboud@hydro.com | | | 906,928.65 |
| Rockford Trading Co 124 N Water Street Rockford, IL 61107 | Jeff Shinn (p) 815-962-2311 (f) 815-962-2380 RockfordTrading@aol.com | | | 845,660.17 |
| AGC Industries P.O. Box 533108 Charlotte, NC 28290 | Paul Garland (p) (800) 251-0441 (f) 423-229-7156 Paul.Garland@na.agc-flatglass.com | | | 561,722.96 |
| C.R. Laurence P.O. Box 58923 Los Angeles, CA 90058 | Arty Feles (p) 800-421-6144 arty_feles@crlaurence.com | | | 535,119.60 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 31021 - Adobe PDF

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Allmetal<br>97142 Eagle Way<br>Chicago, IL 60678 | Philip Collin<br>(p) 630-250-8090<br>(f) 630-250-8387<br>pcollin@allmetal-inc.com | | | 463,676.02 |
| Spraylat Corporation<br>24268 Network Place<br>Chicago, IL 60673 | German Cruz<br>(p) 914-699-3030<br>(f) 914-712-2837<br>cruzg@spraylat.com | | | 440,587.32 |
| Penske<br>P.O. Box 827380<br>Philadelphia, PA 19182 | Randy Arpan<br>(p) 800-806-2098<br>(f) 610-775-6331<br>randy.arpan@penske.com | | | 411,124.48 |
| Walker Glass Co Ltd<br>9551 Ray Lawson Blvd<br>Montreal, QU H1J 1L5 | Ross Christie<br>(f) 514-352-4776<br>rchristie@walkerglass.com | | | 326,471.17 |
| Ryder Truck Rental<br>11690 NW 105th Street<br>Miami, FL 33178 | Cindy Shafer<br>(p) 954-978-0033<br>(f) 770-569-6696<br>cshafer@ryder.com | | | 218,400.41 |
| Fenzi USA Inc<br>P.O. Box 2508<br>Buffalo, NY 14240 | David Devenish<br>(p) 416-674-3831<br>(f) 416-674-9323<br>ddevenish@fenzi-na.com | | | 209,583.80 |
| Ir Security & Safety<br>75 Remittance Dr<br>Chicago, IL 60675 | Brandon Allen<br>(p) 800-525-0336<br>(f) 317-810-3048<br>Brandon_Allen@irco.com | | | 194,859.19 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-738 - 31021 - Adobe PDF

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Global Door Control Inc<br>P.O. Box 601296<br>Charlotte, NC 28260 | Tony Batah<br>(p) 704-596-2444<br>(f) 704-496-2075<br>tb@globaldoor.com | | | 158,258.91 |
| Lockton Companies LLC<br>PO Box 671291<br>Dallas, TX 75267 | Philip Holley<br>(p) 404-460-3600<br>(f) 404-460-0801<br>PHolley@lockton.com | | | 156,734.00 |
| Industrial Control Development<br>13911 Nw Third Court<br>Vancouver, WA 98685 | Patricia A Vockler<br>(p) 360-546-2286<br>(f) 360-546-2287<br>patriciavockler@icdcoatings.com | | | 142,501.99 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    November 25, 2009

Signature    /s/ Leon Silverstein

LEON SILVERSTEIN,
Authorized Officer