**Arch Aluminum & Glass Co., Inc.**
**Liquidation Analysis Summary**
**Estimated Liquidation Proceeds**
**Analysis as of 8/31/09**

As of 8/31/09:
(000's omitted)

|  | | Worst Case Recovery Dollars $ | Base Case Recovery Dollars $ | Best Case Recovery Dollars $ | Book Value | Borrowing Base Availability | Appraised Value |
|---|---|---|---|---|---|---|---|
| **Accounts Receivable:** | | | | | | | |
| US Operations | | 16,352 | 18,405 | 20,237 | 36,649 | 27,492 | N/A |
| Canadian Operations | | 2,169 | 2,443 | 2,677 | 4,667 | 3,827 | N/A |
| Total Gross Accounts Receivable Recovery | | 18,521 | 20,848 | 22,914 | 41,316 | 31,319 | |
| | | | | | | | |
| Less Expenses: | | | | | | | |
| Collection Agency and/or Internal People | 5% | (926) | (1,042) | (1,146) | | | |
| | | | | | | | |
| Total Net Accounts Receivable Recovery | | 17,595 | 19,806 | 21,768 | 41,316 | 31,319 | N/A |
| | | | | | | | |
| Net Recovery as a % of Book Value | | 43% | 48% | 53% | | | |
| Net Recovery as a % of Borrowing Base Availability | | 56% | 63% | 70% | | | |
| Net Recovery as a % of Appraised value | | N/A | N/A | N/A | | | |
| | | | | | | | |
| **Inventory:** | | | | | | | |
| US Operations | | 4,103 | 5,011 | 5,917 | 29,485 | 18,124 | 14,916 |
| Canadian Operations | | 243 | 305 | 366 | 2,143 | 1,253 | 1,118 |
| Total Gross Inventory Recovery | | 4,347 | 5,316 | 6,283 | 31,629 | 19,377 | 16,034 |
| | | | | | | | |
| Less Expenses: | | | | | | | |
| Inventory Liquidator | 10% | (435) | (532) | (628) | | | |
| | | | | | | | |
| Total Net Inventory Recovery | | 3,912 | 4,784 | 5,654 | 31,629 | 19,377 | 16,034  Net OLV |
| | | | | | | | |
| Net Recovery as a % of Book Value | | 12% | 15% | 18% | | | |
| Net Recovery as a % of Borrowing Base Availability | | 20% | 25% | 29% | | | |
| Net Recovery as a % of Appraised Value | | 24% | 30% | 35% | | | |
| | | | | | | | |
| **Machinery & Equipment:** | | | | | | | |
| US Operations | | 8,195 | 10,894 | 12,596 | 46,499 | 27,521 | 32,378 |
| Canadian Operations | | 309 | 471 | 553 | 1,041 | 1,514 | 1,892 |
| Total Gross Machinery & Equipment Recovery | | 8,504 | 11,366 | 13,149 | 47,541 | 29,035 | 34,270 |
| | | | | | | | |
| Less Expenses: | | | | | | | |
| M & E Liquidator | 15% | (1,276) | (1,705) | (1,972) | | | |
| | | | | | | | |
| Total Net Machinery & Equipment Recovery | | 7,228 | 9,661 | 11,177 | 47,541 | 29,035 | 34,270  Net OLV |
| | | | | | | | |
| Net Recovery as a % of Book Value | | 15% | 20% | 24% | | | |
| Net Recovery as a % of Borrowing Base Availability | | 25% | 33% | 38% | | | |
| Net Recovery as a % of Appraised value | | 21% | 28% | 33% | | | |

**Real Estate:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| US Operations | | 9,688 | 11,022 | 12,209 | 15,445 | 16,628 | 23,754 |
| Canadian Operations (NA) | | - | - | - | - | - | - |
| Total Gross Real Estate Recovery | | 9,688 | 11,022 | 12,209 | 15,445 | 16,628 | 23,754 |
| | | | | | | | |
| Less Expenses: | | | | | | | |
|   Real Estate Broker | 6% | (581) | (661) | (733) | | | |
| | | | | | | | |
| Total Net Real Estate Recovery | | 9,107 | 10,360 | 11,477 | 15,445 | 16,628 | 23,754  FMV |
| | | | | | | | |
| Net Recovery as a % of Book Value | | 59% | 67% | 74% | | | |
| Net Recovery as a % of Borrowing Base Availability | | 55% | 62% | 69% | | | |
| Net Recovery as a % of Appraised Value | | 38% | 44% | 48% | | | |

**Summary Total:**

| | | | Worst Case Recovery Dollars $ | Base Case Recovery Dollars $ | Best Case Recovery Dollars $ |
|---|---|---|---|---|---|
| **US Operations** | | | 38,339 | 45,332 | 50,960 |
| **Canadian Operations** | | | 2,721 | 3,219 | 3,595 |
| **Total Gross Recovery** | | | 41,060 | 48,551 | 54,555 |
| | | | | | |
| Less Expenses: | | | | | |
| A/R | Collection Agent and/or Internal People | 5% | (926) | (1,042) | (1,146) |
| Inventory | Liquidator | 10% | (435) | (532) | (628) |
| M & E | Liquidator | 15% | (1,276) | (1,705) | (1,972) |
| RE | Broker | 6% | (581) | (661) | (733) |
| | Sub Total | | (3,218) | (3,940) | (4,479) |
| | | | | | |
| Cost of Fixed Operating Expenses (See attached Schedule) | | | (8,738) | (8,738) | (8,738) |
| | | | | | |
| **Total Net Recovery** | | | 29,104 | 35,873 | 41,338 |
| | | | | | |
| **Total Net Recovery** | | | **29,104** | **35,873** | **41,338** |