Form CGFCRD3A  (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 09–36232–JKO

Chapter: 11

**In re:**

Arch Aluminum & Glass Co., Inc.
dba Arch Mirror North, dba Arch Mirror West, dba Arch Mirror South, dba Arch Tempered Glass Products, dba Architectural Safety Glass, ...
10200 N.W. 67th Street
Tamarac, FL 33321

EIN: 65–0153643

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **December 30, 2009** at **09:30 AM,** at the following location:

**U.S. Courthouse
299 E Broward Blvd #301
Ft Lauderdale FL 33301**

to consider the following:

**Motion for Order Approving Asset Purchase Agreement with Arch Glass Acquisition Corporation, An Affiliate of Grey Mountain Partners, Motion to Sell All or Substantially All of the Debtors' Assets Free and Clear and for Order Authorizing the Debtors to Enter into Asset Purchase Agreement with Arch Glass Acquisition Corporation, Motion to Establish Procedures for the Sale of All or Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Interests, Application for Order Authorizing the Debtors to Provide Certain Stalking Horse Bid Protections, Motion to Set Hearing to Consider the Approval of and Approving the Sale of All or Substantially All of the Debtors' Assets, Motion to Assume Executory Contract and Unexpired Leases at the Sale Hearing, Motion to Limit Notice and for Order Approving the Form and Manner of Notice in Connection Therewith and Granting Related Relief Filed by Interested Parties AAG Holdings, Inc., AWP, LLC, Arch Aluminum and Glass International, Inc., Arch Aluminum, L.C., Debtor Arch Aluminum & Glass Co., Inc..**

**THIS MATTER HAS BEEN SCHEDULED FOR A TEN MINUTE HEARING. IF YOU REQUIRE MORE TIME YOU MUST CONTACT THE COURTROOM DEPUTY IMMEDIATELY FOR A SPECIAL SETTING.**
**This matter has not been scheduled as an evidentiary hearing.** If you require an evidentiary hearing, the currently scheduled hearing will be treated as a preliminary hearing. Contact the courtroom deputy, Christina Romero at (954) 769–5774 to schedule a final evidentiary hearing.

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon. All moving or objecting parties shall bring to the hearing proposed orders, sustaining their respective positions.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be

admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: 12/7/09**                                                                  **CLERK OF COURT**
                                                                                                 By: Christina Romero
                                                                                                 Courtroom Deputy