UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

| | |
|---|---|
| ARCH ALUMINUM | CASE NO.:  09-36232-JKO |
| & GLASS CO., INC., *et al.,* | Chapter 11 |
| | (Jointly Administered) |

                 Debtors.            /

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit "A". Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to:  all parties on the attached service list on this the 11th day of December, 2009.
.

Donald F. Walton
United States Trustee
Region 21

By:             /s/           
Ariel Rodriguez
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130
Tele:  (305) 536-7285
Fax:  (305) 536-7360
ariel.rodriguez@usdoj.gov

## EXHIBIT A

*Stephen P. Kirwen, Sr. Mgr., Financial Services
Pilkington North America Inc
811 Madison Avenue
Toledo, Oh 43604
Tele:  419-247-4839
Fax:  419-247-4914                    EMAIL - stephen.kirwen@nsg.com


                                                 Courtesy copy to:
Frank A. Hazen Mgr., Credit & Collections        Scott A. Wolfson, Esq.
Guardian Industries Corp.                        3150 Livernois, Suite 275
2300 Harmon Road                                 Troy, MI 48083
Auburn Hills, MI 48326                           Tele:  248-247-7103  -  Fax:  248-247-7099
Tele:  248-340-2151                              EMAIL - swolfson@wolfsonbolton.com
Fax:  248-340-2130                    EMAIL - fhazen@guardian.com

Kevin P. Sauntry, Corporate Collections Manager
Ryder Truck Rental, Inc.
6000 Windward Parkway
Alpharetta, GA 30005
Tele:  770-569-6511
Fax:  770-569-6712                    EMAIL - kevin_sauntry@ryder.com


                                                 Courtesy copy to:
Tommy Musick                                     Patricia A. Redmond, Esq.
The William L. Bonnell Company, Inc.             150 West Flagler Street, Suite 2200
25 Bonnell Street                                Miami, FL 33130
Newnan, Ga 30263                                 Tele:  305-789-3553  -  Fax:  305-789-3395
Tele:  770-254-7656                              EMAIL - predmond@stearnsweaver.com
Fax:  678-854-7656                    EMAIL - tbmusick@bonalum.com


                                                 Courtesy copy to:
John Cattell                                     Patricia A. Redmond, Esq.
Zeledyne, LLC                                    150 West Flagler Street, Suite 2200
P.O. Box 841426                                  Miami, FL 33130
Dallas, TX 75284                                 Tele:  305-789-3553  -  Fax:  305-789-3395
Tele:  313-755-2383                              EMAIL - predmond@stearnsweaver.com
Fax:  313-755-4962                    EMAIL - john.cattell@zeledyne.com

Charles Petrarca, North America Credit Manager
Solutia, Inc.
575 Maryville Centre Drive
St. Louis, MO 63141
Tele:  314-674-1125
Fax:  314-674-3398                    EMAIL - capetr1@solutia.com

Paul Garland, Corporate Credit Manager
AGC Flatglass, North America
1400 Lincoln Street
Kingsport, TN 37660
Tele:  423-229-7302
Fax:  423-229-7418                EMAIL - paul.garland@na.agc-flatglass.com

* Indicates the temporary chairperson of the committee.

### SERVICE LIST

| | |
|---|---|
| Paul J. Battista | pbattista@gjb-law.com, gjbecf@gjb-law.com |
| Heather L Harmon | HHarmon@gjb-law.com, gjbecf@gjb-law.com |
| Jeffrey T. Kucera | jeffrey.kucera@klgates.com, |
| | maxine.lewis@klgates.com;;miamidocketing@klgates.com |
| Peter H Levitt | plevitt@shutts-law.com |
| Miami-Dade County Tax Collector | mdtcbkc@miamidade.gov |
| Kristopher E Pearson | kpearson@stearnsweaver.com, |
| | mmasvidal@swmwas.com;cperez@stearnsweaver.com |
| Chad P Pugatch | cpugatch.ecf@rprslaw.com |
| Patricia A Redmond | predmond@stearnsweaver.com, |
| | jmartinez@swmwas.com;rross@swmwas.com |
| Mark S Roher | mroher@adorno.com, |
| | mcalderon@adorno.com;mroher.ecf@rprslaw.com |
| Michael L Schuster | mschuster@gjb-law.com, |
| | gjbecf@gjb-law.com;mpacheco@gjb-law.com |
| Paul Steven Singerman | singerman@bergersingerman.com, efile@bergersingerman.com |
| Erica S Zaron | cao.bkc@miamidade.gov |


Jeff Shinn, President
Rockford Trading Co., Inc.
124 N Water Street, # 204
Rockford, IL 61107

Lee Harrison
Walker Glass Co., Ltd.
9551 Ray Lawson Blvd.
Anjou, Qu, Canada H1J 1L5

Mark Franklin, President
Fenzi North America, Inc.
11 Jansk Court
Toronto, Ont Canada M9W 5N6

Jennifer A. Cutting, Controller
Global Door Controls
5808 Long Creek Park, Drive
Suite A
Charlotte, NC 28269

Suzanne Hazelroth
Sullivan & Associates Sales, Inc.
3360 SW 13th Avenue
Fort Lauderdale, Fl 33315

Jeffrey Ogron, Exec. V.P.
Yale Ogron Manfacturing Co., Inc.
15201 NW 34th Avenue
Opa Locka, FL 33054

Monte Friedkin, President
Benada Aluminum of Florida
8800 NW 79 Avenue
Medley, FL 33166