UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

                                                Case No. 09-36232-BKC-JKO

ARCH ALUMINUM
& GLASS CO, INC., et al.[1].                   Chapter 11
                                                (Jointly Administered)

_____/

## NOTICE OF FILING FIRST AMENDMENT
## TO ASSET PURCHASE AGREEMENT

Arch Aluminum & Glass Co., Inc. ("Arch Aluminum") and four (4) of its subsidiaries and affiliates, as jointly administered debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors" or the "Company), hereby file the First Amendment to Asset Purchase Agreement, which shall amend Exhibit A to the Debtors' *Motion For Entry Of Orders Pursuant To Sections 105, 363 And 365 Of The Bankruptcy Code And Federal Rules Of Bankruptcy Procedure 2002, 6004, And 6006 (A) Approving Asset Purchase Agreement With Arch Glass Acquisition Corporation, An Affiliate Of Grey Mountain Partners, (B) Authorizing The Debtors To Enter Into Asset Purchase Agreement With Arch Glass Acquisition Corporation, (C) Establishing Bidding Procedures For The Sale Of All Or Substantially All Of The Debtors' Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests; (D) Authorizing The Debtors To Provide Certain Stalking Horse Bid Protections; (E) Scheduling A Hearing To Consider The Approval Of And Approving The Sale Of All Or Substantially All Of The Debtors' Assets; (F) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases At The Sale Hearing, (G) Approving The Form And Manner Of Notice In*

---

1      The jointly administered debtors are: Arch Aluminum & Glass Co., Inc; AAG Holdings, Inc.; Arch Aluminum and Glass International, Inc.; Arch Aluminum, L.C.; and AWP, LLC.

*Connection Therewith And (H) Granting Related Relief* [D.E. #29]:

Dated this 4th day of January, 2010.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Debtors-in-Possession
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By:    /s/      Heather L. Harmon
      Heather L. Harmon
      Florida Bar No. 013192
      hharmon@gjb-law.com
      Michael L. Schuster
      Florida Bar No. 57119
      mschuster@gjb-law.com