## FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT

This First Amendment to Asset Purchase Agreement (this "First Amendment") is made as of this 4th day of January, 2010 by and among AAG HOLDINGS, INC., a Florida corporation ("AAG"), ARCH ALUMINUM & GLASS CO., INC., a Florida corporation ("Arch"), ARCH ALUMINUM L.C., a Florida limited liability company ("Arch LC"), AWP, LLC, a Florida limited liability company ("AWP"), and ARCH ALUMINUM AND GLASS INTERNATIONAL, INC., a Florida corporation ("Arch International", and together with AAG, Arch, Arch LC, AWP collectively, the "Sellers" and each individually, a "Seller"), and ARCH GLASS ACQUISITION CORPORATION, a Delaware corporation (the "Purchaser").

### RECITALS

**WHEREAS**, Sellers and Purchaser are parties to a certain Asset Purchase Agreement dated as of December 2, 2009 (the "Agreement") whereby Purchaser has agreed, subject to the terms of the Agreement, to purchase certain assets related to Sellers' operations and Business, as more fully set forth in the terms of the Agreement; and

**WHEREAS**, the Sellers and Purchaser desire to amend the Agreement on the terms and subject to the conditions set forth herein.

**NOW, THEREFORE**, in consideration of the promises and the mutual agreements and covenants hereinafter set forth, and intending to be legally bound, the Sellers and the Purchaser hereby agree as follows:

1.    Recitals.  The background recitals set forth above are incorporated herein by reference as if set forth in full.

2.    Disclosure Schedule.  The Sellers have delivered to Purchaser an Amended and Restated Disclosure Schedule to Asset Purchase Agreement dated as of the date hereof, a copy of which is attached hereto and incorporated herein by reference (the "Amended and Restated Disclosure Schedule"), in order to reflect certain additional information, developments, and agreements between the parties following execution of the Agreement.  Purchaser and Sellers hereby acknowledge and agree that the Amended and Restated Disclosure Schedule shall be deemed an amendment to the Agreement, including the representations and warranties made by the Sellers in the Agreement, and that the Amended and Restated Disclosure Schedule supersedes and replaces in all respects the Disclosure Schedule to Asset Purchase Agreement dated as of December 1, 2009.  From and after the date hereof, the definition of "Disclosure Schedule" in Section 1.01 of the Agreement and all references in the Agreement thereto shall mean and refer to the Amended and Restated Disclosure Schedule.

3.    Assumption and Exclusion of Liabilities.  Section 2.02(b)(x) of the Agreement is hereby amended and restated by the parties in its entirety as follows:

"(x)    all Product Liabilities, successor liabilities and the like other than those warranty claims and rebate obligations set forth in Section 2.02(a)(ix) of the Disclosure Schedule."

3261031_5.DOC

Provided, however, the Sellers covenant and agree to make all payments of rebate obligations in the ordinary course of the Business through Closing.

    4.    <u>Payment of the Purchase Price.</u>

    (a)    <u>Section 2.04(a)</u> of the Agreement is hereby amended and restated by the parties in its entirety as follows:

    (a)    the sum of: (i) the Purchase Price (as adjusted pursuant to <u>Section 2.04(i)</u>); (ii) plus an amount equal to fifty percent (50%) of an Interim Price Adjustment excess or minus an amount equal to fifty percent (50%) of an Interim Price Adjustment deficiency; minus (iii) the amount of the Purchaser's Deposit plus all accrued interest thereon; (iv) the amount of the Determined Cure Costs as of two (2) Business Days prior to the Closing Date; minus (v) the amount of the Asserted Cure Costs; <u>minus</u> (vi) the Canadian Purchase Price Escrow Amount; <u>minus</u> (vii) the Independent Accounting Firm Cost Deposit, shall be paid by completed wire transfer to the Purchase Price Bank Account of immediately available, good funds on the Closing Date to the Sellers;

    (b)    <u>Section 2.04(b)</u> of the Agreement is hereby amended and restated by the parties in its entirety as follows:

    (b)    an amount equal to fifty percent (50%) of any Interim Price Adjustment excess (the "<u>Price Adjustment Deposit</u>") shall be deposited with the Escrow Agent on the Closing Date pursuant to the Price Adjustment Escrow Agreement, in accordance with <u>Section 2.07(b)</u>;

    (c)    <u>Section 2.04(g)</u> of the Agreement is hereby amended and restated by the parties in its entirety as follows:

    (g)    the Purchase Price shall be (i) reduced at Closing to reflect any reduction that the Purchaser may be entitled to receive under <u>Section 5.06</u>, and (ii) increased by an amount equal to the aggregate amount of the letters of credit set forth in <u>Section 5.03(e)</u> of the Disclosure Schedule that are presented for payment by the beneficiaries thereof prior to the Closing Date and, as a result, are not required to be replaced by Purchaser pursuant to <u>Section 5.03(e)</u> of this Agreement; <u>provided, however</u>, that the Purchase Price shall be increased by no more than a total of One Hundred Forty One Thousand Dollars ($141,000) as a result of this clause 2.04(g)(ii);

    5.    <u>Actual Price Adjustment.</u>  <u>Section 2.08(b)</u> of the Agreement is hereby amended and restated by the parties in its entirety as follows:

    (i)    if the Actual Price Adjustment, as determined in accordance with this <u>Section 2.08</u> is <u>equal to</u> or <u>greater than</u> the Interim Price Adjustment, then: (A) the Price Adjustment Deposit shall be released to the Sellers by the Escrow Agent; and (B) the Purchaser shall pay to the Sellers an amount equal to the difference, if any, between the Actual Price Adjustment and Interim Price Adjustment (the "<u>Price Adjustment Difference</u>") <u>minus</u> fifty percent (50%) of the absolute value of

2

any Interim Price Adjustment deficiency by wire transfer of immediately available, good funds; or

(ii)    if the Actual Price Adjustment, as determined in accordance with this Section 2.08 is less than the Interim Price Adjustment and the absolute value of the Price Adjustment Difference is less than the Price Adjustment Deposit, then: (A) an amount equal to the absolute value of the Price Adjustment Difference shall be released to the Purchaser from the Price Adjustment Deposit by the Escrow Agent; and (B) the balance of the Price Adjustment Deposit shall be released to the Sellers by the Escrow Agent; or

(iii)    if the Actual Price Adjustment, as determined in accordance with this Section 2.08, is less than the Interim Price Adjustment and the absolute value of the Price Adjustment Difference is greater than the Price Adjustment Deposit, then: (A) the Price Adjustment Deposit shall be released to the Purchaser by the Escrow Agent; and (B) the Sellers shall pay to the Purchaser by wire transfer of immediately available, good funds an amount equal to the excess of the absolute value of the Price Adjustment Difference over the Price Adjustment Deposit plus fifty percent (50%) of the absolute value of any Interim Price Adjustment deficiency; and

6.    Break Up Fee. Section 5.02 of the Agreement is hereby amended and restated by the parties in its entirety as follows:

SECTION 5.02. Break Up Fee. In the event that the Purchaser is not selected as the "Successful Bidder" in accordance with the Arch Assets Bid Procedures Order and the Sellers close a transaction with "the Successful Bidder" or a transaction for the sale of all or substantially all of the Purchased Assets with any other party including, without limitation, a credit bid by any of the PNC Lenders (or any successor or assign of the PNC Lenders' secured claims) pursuant to 11 USC § 363(k) and the terms of the Arch Assets Bid Procedures Order (in either case, an "Alternate Transaction") then, the Sellers shall promptly, and within one (1) Business Day after the closing of such Alternate Transaction, pay the Purchaser, but only in accordance with the terms of that certain Order of the Bankruptcy Court entered or to be entered in connection with Sellers' motion to the Bankruptcy Court filed on December 28, 2009, which Order is entitled "Interim Order (A) Authorizing Debtors in Possession to Obtain Secured Postpetition Financing with Priority Set Forth Herein, (B) Approving Agreements Related to the Foregoing. (C) Authorizing Use of Cash Collateral, (D) Scheduling a Final Hearing and Prescribing Form and Manner of Notice with Respect Thereto; and (E) Granting Related Relief," a fee in the amount of (a) one and one half percent (1.5%) of the Purchase Price (the "Break Up Fee") plus (b) reimbursement of reasonable expenses incurred by Purchaser in connection with the Purchaser's due diligence as determined by the Bankruptcy Court in advance of the Auction (as defined in the Arch Assets Bid Procedures Order) up to a maximum amount of eight hundred thousand dollars ($800,000.00) (the "Expense Reimbursement"), which Break Up Fee and Expense Reimbursement shall be fully earned only after the closing of such Alternate Transaction.

PHDATA 3261031_6

7.     Ratification.  The parties, by the execution of this First Amendment, hereby ratify and confirm the terms of the Agreement and agree that the Agreement, as amended by this First Amendment remains in full force and effect and continues to bind the parties in accordance with the terms thereof.

8.     Defined Terms.  All initially capitalized terms that are used, but not defined herein, shall have the meanings ascribed to such terms in the Agreement, as modified by this First Amendment.

9.     Entire Agreement; Exclusivity.  This First Amendment, when read in conjunction with the Agreement, constitutes the entire agreement of the parties hereto with respect to the subject matter hereof and thereof and supersede all prior agreements and undertakings, both written and oral, among the Sellers and the Purchaser with respect to the subject matter hereof and thereof.

10.    Counterparts.  This First Amendment may be executed and delivered (including by facsimile transmission or other electronic means) in one or more counterparts, and by the different parties hereto in separate counterparts, each of which when executed shall be deemed to be an original, but all of which taken together shall constitute one and the same agreement.

[Remainder of page intentionally left blank]

PHDATA 3261031_6

IN WITNESS WHEREOF, the Sellers and the Purchaser have caused this First Amendment to be executed as of the date first written above by their respective officers thereunto duly authorized.

**SELLERS:**

AAG HOLDINGS, INC., a Florida corporation

By: _____
Name: LEON SILVERSTEIN
Title: President / Secretary

ARCH ALUMINUM & GLASS CO., INC.,
a Florida corporation

By: _____
Name: LEON SILVERSTEIN
Title: President / Secretary

ARCH ALUMINUM L.C., a Florida limited liability company

By: _____
Name: LEON SILVERSTEIN
Title: President

AWP, LLC, a Florida limited liability company

By: _____
Name: LEON SILVERSTEIN
Title: President

ARCH ALUMINUM AND GLASS INTERNATIONAL, INC., a Florida corporation

By: _____
Name: LEON SILVERSTEIN
Title: President

5

**PURCHASER:**

ARCH GLASS ACQUISITION CORPORATION,
a Delaware corporation

By:

    Name:  Wm. Robert Wright
    Title:  President

6

PHDATA 3261031_5

**AMENDED AND RESTATED**

**DISCLOSURE SCHEDULE**

**TO**

**ASSET PURCHASE AGREEMENT**

**among**

**AAG HOLDINGS, INC.,**

**ARCH ALUMINUM & GLASS CO., INC.,**

**ARCH ALUMINUM L.C.,**

**AWP, LLC**

**and**

**ARCH ALUMINUM AND GLASS INTERNATIONAL, INC.**

**AS "SELLERS"**

**AND**

**ARCH GLASS ACQUISITION CORPORATION**

**AS "PURCHASER"**

**Dated as of January 4, 2010**

## AMENDED AND RESTATED DISCLOSURE SCHEDULE TO

## ASSET PURCHASE AGREEMENT

## DATED AS OF JANUARY 4, 2010

This Amended and Restated Disclosure Schedule to Asset Purchase Agreement dated as of January 4, 2010 (this "Disclosure Schedule"), has been prepared and delivered in connection with the Asset Purchase Agreement, dated as of December 2, 2009 (the "Agreement"), among AAG HOLDINGS, INC., a Florida corporation ("AAG"), ARCH ALUMINUM & GLASS CO., INC., a Florida corporation ("Arch"), ARCH ALUMINIUM L.C., a Florida limited liability company ("Arch LC"), AWP, LLC, a Florida limited liability company ("AWP"), and ARCH ALUMINUM AND GLASS INTERNATIONAL, INC., a Florida corporation ("Arch International", and together with AAG, Arch, Arch LC, AWP collectively, the "Sellers" and each individually, a "Seller"), and Arch Glass Acquisition Corporation, a Delaware corporation ("Purchaser").

In order to reflect certain additional information, developments, and agreements between Seller and Purchaser following execution of the Agreement, Sellers hereby amend and restate the Disclosure Schedule to Asset Purchase Agreement dated as of December 1, 2009 (the "Original Disclosure Schedule"). This Disclosure Schedule supersedes and replaces in all respects the Original Disclosure Schedule.

Unless the context otherwise requires, all capitalized terms used in this Disclosure Schedule shall have the respective meanings assigned to them in the Agreement. When a reference is made in the Disclosure Schedule to Articles, Sections or sub-Sections, such reference shall be to the corresponding Article, Section, or sub-Section of the Agreement, unless otherwise indicated. Notwithstanding anything in the Agreement to the contrary, the inclusion of an item in the Disclosure Schedule as an exception to a representation or warranty will not be deemed an admission that such item represents a material exception or material fact, event or circumstance or that such item has had a Material Adverse Effect.

This Disclosure Schedule and the information and disclosures contained herein are intended only to disclose those items required to be disclosed under the Agreement, and to qualify and limit the representations, warranties and covenants of the Sellers contained in the Agreement, and shall not be deemed to expand in any way the scope or effect of any such representations, warranties or covenants.

[Remainder of this page intentionally left blank.]

## Section 2.01(a)(i)(A)

### Owned Real Property

**W01 – Tamarac, FL**

                    Arch Aluminum & Glass Co., Inc.
                    10200 N.W. 67th Street
                    Tamarac, FL  33321

**W08 – Villa Rica, GA**

                    Arch Aluminum & Glass, Co. Inc.
                    540 Industrial Court West
                    Villa Rica, GA  30180

**W16 – Bettendorf, IA**

                    Arch Aluminum, L.C.
                    2727  62nd St. Court
                    Bettendorf, IA 52722

**W17 – Ft. Pierce, FL**

                    Arch Aluminum & Glass Co., Inc.
                    7413 Commercial Circle
                    Ft. Pierce, FL  34951

**W22 – Jackson, MS**

                    Arch Aluminum & Glass Co., Inc.
                    2030 N.W. Progress Pkwy
                    Jackson, MS  39213

**W24 – Akron, OH**

                    Arch Aluminum & Glass Co., Inc.
                    297 Ascot Parkway
                    Cuyahoga Falls, OH  44223

## Section 2.01(a)(i)(B)

## Leased Real Property

### W01 – Tamarac, FL

**Landlord information**
Silverstein Enterprises Inc
10200 NW 67th Street
Tamarac, FL 33321
*Original Lease Agreement executed April 3, 2003*
  - *Landlord Waiver executed on September 17, 2004*

**Tenant information**
Arch Aluminum & Glass Co., Inc.
10151 NW 67th Street
Tamarac, FL 33321

### W04 – Orlando, FL

**Landlord information**
Stanley B. Hanin
PO Box 915258
Longwood, FL 32791
Contact att'y:   Aaron J. Gorovitz
                215 N. Eola Dr., Orlando, FL 32802
*Original Lease Agreement executed on December 12, 1986*
  - *Landlord Waiver executed September 30, 2004*
*First Amendment executed on March 31, 1997*
*Second Amendment executed on November 5, 1997*
*Third Amendment executed on December 10, 1998*
*Fourth Amendment executed on March 19, 1999*
*Fifth Amendment executed on October 28, 1999*
*Sixth Amendment executed on May 1, 2009*

**Tenant information**
Arch Aluminum & Glass Company, Inc.
3320 Maggie Blvd
Orlando, FL 32811

### W05 – Fort Myers, FL (Vacated, but still under lease)

**Landlord information**
Winnie M Powell, Trustee
7119 Lakeridge View Ct., #403
Fort Myers, FL 33907
*Original Lease Agreement March 15, 2007*
  - *Landlord Waiver executed January 29, 2008*
*First Amendment executed on March 26, 2009*

**Tenant information**
Arch Aluminum & Glass Co., Inc.
2308 Bruner Lane
Fort Myers, FL 33912

## W07 – Bridgeport, NJ

**Landlord information**
Baker-Properties, L.P.
P.O. Box 7777-W4280
Philadelphia, PA  19175

**Tenant information**
Arch Aluminum & Glass Co., Inc.
750 Veterans Drive
Bridgeport, NJ  08014

*Original Lease Agreement executed on September 30, 1999*
*Tenant Notification Letter of Assignment of Lease dated March 2005*

## W10 – Madison, TN (Vacated, still under lease)

**Landlord information**
Nashville Crossman Realty
c/o James Crossman & David E Rawlings
102 Woodmont Blvd, #209
Nashville, TN 37205
*Original Lease Agreement executed on July 17, 2008*
- *No Landlord Waiver*

**Tenant information**
Arch Aluminum & Glass Co., Inc.
a subsidiary of AAG Holdings, Inc.
10 Fant Industrial Dr.
Madison, TN  37115

## W14 – Indianapolis, IN

**Landlord information**
CS Properties & Associates of Florida
10200 NW 67th Street
Tamarac, FL  33321
*Original Lease Agreement executed on June 23, 1998*
- *Landlord Waiver executed on September 21, 2004*
*First Amendment executed October 1, 2007*

**Tenant information**
Arch Aluminum & Glass Co., Inc.
7701 W New York St.
Indianapolis, IN  46214

## W15 – Kansas City, KS (Vacated, still under lease)

**Landlord information**
Prime Investments, Inc.
801 Armourdale Pkwy
Kansas City, KS 66105
*Original Lease Agreement executed on March 30, 2006*
- *No Landlord Waiver*

**Tenant information**
Arch Aluminum & Glass Co., Inc.
41 Osage Ave.
Kansas City, KS  66105

## W19 – Norcross, GA

**Landlord information**
Weeks Realty, LP
c/o Bob Currie
3350 Riverwood Pkwy, Ste 700
Atlanta, GA  30339

**Tenant information**
Arch Aluminum & Glass Co., Inc. (f/k/a
to Arch Aluminum LC)
3905 Steve Reynolds Blvd.
Norcross, GA  30093

5

*Original Lease Agreement executed on March 15, 1996*
* * *Landlord Waiver executed on September 28, 2004*
*First Amendment executed on May 11, 2001*
*Second Amendment executed on May 28, 2004*
*Third Amendment executed May 2006*
*Fourth Amendment executed on April 30, 2009*
*Fifth Amendment executed on October 31, 2009*

## W20 – Youngsville, NC

**Landlord information**
Silverstein Enterprises at Youngsville, LLC
10200 NW 67th Street
Tamarac, FL 33321

**Tenant information**
Arch Aluminum & Glass Co., Inc.
285 Northbrook Dr.
Youngsville, NC  27596

*Original Lease Agreement executed on November 12, 2007*
* *Landlord Waiver executed on February 18, 2009*

## W23 – New Berlin, WI

**Landlord information**
Silverstein Enterprises at New Berlin, LLC
10200 NW 67th Street
Tamarac, FL 33321

**Tenant information**
Arch Aluminum & Glass Co., Inc.
5700 S Moorland Rd
New Berlin, WI  53151

*Original Lease Agreement executed on January 8, 2007*
* *Landlord Waiver executed on January 23, 2008*

## W27 – Columbus, OH

**Landlord information**
ProLogis c/o Celeste Kotick
4545 Airport Way
Denver, CO  80239

**Tenant information**
Arch Aluminum & Glass Co., Inc.
2395 Setterlin Dr.
Columbus, OH  43228

*Original Lease Agreement executed on May 16, 2005*
* *No Landlord Waiver*
*First Amendment executed on August 21, 2006*

## W28 – Miami, FL

**Landlord information**
3000 Gratigny Associates, LLC
c/o Easton & Associates
c/o Henry Rodriguez, Property Manager
14335 SW 119th Ave
Miami, FL 33186

**Tenant information**
Arch Aluminum & Glass Co., Inc.
3000 NW 125th Street
Miami, FL  33176

*Original Lease Agreement executed on September 14, 2002*
- *Landlord Waiver executed on October 11, 2005*

*Settlement Agreement modifying lease dated March 17, 2005*
*First Amendment executed on October 5, 2005*
*Second Amendment executed on October 31, 2009*

## W29 – City of Industry, CA

**Landlord information**
The Feit Family 1984 Trust
801 S. Figueroa St., Suite 600
Los Angeles, CA 90017

**Tenant information**
Arch Aluminum and Glass Co., Inc.
(f/k/a Trident Consolidated Industries, Inc.)
19430 San Jose Ave
City of Industry, CA  91748

*Original Lease Agreement executed June 26, 2003*
- *Landlord Waiver executed March 7, 2008*

*First Amendment executed on June 27, 2008*
*Second Amendment executed on June 1, 2009*

## W30 – Phoenix, AZ

**Landlord information**
RGR Development Corporation
c/o Mischelle Morgan
5010 E Shea Blvd, #A104
Scottsdale, AZ 85254

**Tenant information**
Arch Aluminum & Glass Co., Inc.
(f/k/a Arch-Amarlite Aluminum & Glass
Co of Arizona, Inc.)
825 S. 43rd Avenue
Phoenix, AZ  85009

*Original Lease Agreement executed on February 28, 1997*
- *Landlord Waiver executed September 21, 2004*

*First Amendment executed on November 19, 1999*
*Second Amendment executed on April 7, 2003*
*Third Amendment executed on June 30, 2003*
*Fourth Amendment executed on February 21, 2005*
*Fifth Amendment executed on November 29, 2006*
*Sixth Amendment executed on April 30, 2007*

## W31 – Aurora, CO

**Landlord information**
Brown Investment-Colorado, LLC
c/o Douglas H. Brown, II
18124 Wedge Parkway, Unit 517
Reno, NV  89511

**Tenant information**
Arch Aluminum & Glass Co., Inc.
11950 East 33rd Avenue
Aurora, CO  80010-1429

*Original Lease Agreement executed November 30, 2004*
- *No Landlord Waiver*

## W32 – Magnolia, TX

**Landlord information**
Silverstein Enterprises of Magnolia, LLP
10200 NW 67th Street
Tamarac, FL 33321

**Tenant information**
Arch Aluminum & Glass Co., Inc.
5434 FM 1488 Road
Magnolia, TX  77354

*Original Lease Agreement executed on March 7, 2005*
- *Landlord Waiver executed on January 23, 2008*

*First Amendment executed on January 8, 2007*
*Second Amendment executed on July 22, 2009*

## W34 – Salt Lake City, UT

**Landlord information**
Silverstein Enterprises at Salt Lake City, LLC
10200 NW 67th Street
Tamarac, FL 33321

**Tenant information**
Arch Aluminum & Glass Co., Inc.
1655 South Awl Circle
Salt Lake City, UT  84104

*Original Lease Agreement executed on August 16, 2005*
- *Landlord Waiver executed on May 18, 2006*

*First Amendment executed on December 27, 2006*

## W35 – Fort Worth, TX

**Landlord information**
RREEF Valwood Park/Centreport, LP
75 Remittance Drive, Ste 6887
Chicago, IL 60675

**Tenant information**
Arch Aluminum & Glass Co., Inc.
4400 Cambridge Road
Fort Worth, TX  76155

*Original Lease Agreement executed on November 16, 2005*
- *No Landlord Waiver*

*First Amendment executed on November 8, 2006*

**W36 – Las Vegas, NV** (Vacated, still under lease)

**Landlord information**
WesTech Business Center II
Diablo Commerce Center, LLC
c/o LaPour Partners
5525 S. Decatur Blvd, Ste 101
Las Vegas, NV 89118

**Tenant information**
Arch Aluminum & Glass Co., Inc.
5175 West Diablo Drive, Suite 108
Las Vegas, NV  89118

*Original Lease Agreement executed on February 23, 2006*
- *Landlord Waiver executed on February 19, 2008*

**W37 – Garland, TX**

**Landlord information**
Teachers Insurance & Annuity
Association of America
c/o Leonard Balduchi, Director
c/o CBRE real Estate Services, Inc
P.O. Box 90298, Chicago, IL 60696-0298

**Tenant information**
Arch Aluminum & Glass Company of
Texas, Inc.
2701 Marquis Drive, Suite 115
Garland, TX  75042

*Original Lease Agreement executed on April 18, 2002*
- *No Landlord Waiver*

*First Amendment executed on March 29, 2007*

**W39 – Rogers, MN** (Vacated, still under lease)

**Landlord information**
Meritex Twin City Industrial I, LLC
24 University Ave NE, Ste 200
Minneapolis, MN 55413

**Tenant information**
Arch Aluminum & Glass Co., Inc.
13251 George Weber Dr, Ste 200
Rogers, MN  55374

*Original Lease Agreement executed on January 8, 2007*
- *Landlord Waiver executed January 8, 2007*

**W40 – Austin, TX**

**Landlord information**
Industrial Properties Corp.
16479 Dallas Parkway, Ste 500
Addison, TX  75001

**Tenant information**
Arch Aluminum & Glass Co., Inc.
9324 Neils Thompson Dr.
Suites 110, 112, 114 & 116
Austin, TX  78758

*Original Lease Agreement executed on June 6, 2007*
- *No Landlord Waiver*

**W41 – Tulsa, OK**[+]

**Landlord information**
Ruhrpumpen, Inc.
c/o Chuck Belveal, Controller
4501 South 86th Avenue
Tulsa, OK  74145

**Tenant information**
Arch Tulsa Acquisition Co.
4501 South 86th East Ave.
Tulsa, OK  74145

[+] Physical address for this location is 4363 South 86th East Avenue
*Assignment & Assumption of Lease Agreement executed on June 2, 2008*
   • *Landlord Waiver executed on February 27, 2009*

**W80 – Jacksonville, FL** (Vacated, still under lease)

**Landlord information**
Logistics Centers of Florida, LLC
5830 E. Ponce de Leon Ave
Stone Mountain, GA 30083

**Tenant information**
AWP, LLC
8003 Westside Industrial Dr.
Jacksonville, FL 32219

*Original Lease Agreement executed on July 31, 2006*
   • *Landlord Waiver executed July 31, 2006*

**W81 – Medley, FL**

**Landlord information**
The Realty Associates fund VI, LP
c/o Heather Hohenthal
28 State Street, 10th Floor
Boston, MA 02019

**Tenant information**
AWP, LLC (f/k/a Yale-Ogron Windows &
Doors)
8130 NW 74th Avenue
Medley, FL 33166

*Original Lease Agreement executed on December 1, 2005*
*Assignment of Original Lease Agreement executed on February 13, 2007*
   • *No Landlord Waiver*

10

## Section 2.01(b)(v)

### Excluded Assets

None.

## Section 2.02(a)(v)

## Assumed Benefit Plans

1. All liabilities under and with respect to the Arch Aluminum and Glass Co., Inc., Employee Welfare Benefits Plan (Includes medical, life, and dental plans.)

   a. Reliance Standard Policy No. GL 145008 (Basic Life Insurance and AD&D; policy expires on December 31, 2009, and benefits provided under it will thereafter be provided by Sun Life Assurance Company of Canada Policy No. 211414).

   b. Blue Cross and Blue Shield of Mississippi Policy No. 25975 (Medical insurance for W-22 – Jackson, MS employees).

   c. United Concordia Policy No. 5830742000 (Dental insurance for W-22 – Jackson, MS employees).

   d. United Healthcare Insurance Company Policy No. 708325 (Self-insured medical program that includes Choice HMO and Choice High Deductible/Health Savings Account plans).

   e. United Healthcare Insurance Company Policy No. 300460 (Administration fees for self-insured medical program and fully insured dental premium).

   f. Sun Life Assurance Company of Canada Policy No. 89777 (Stop-loss policy).

2. Arch Aluminum and Glass Co., Inc., 401(k) Plan with assets held by Fidelity Investments, Account No. 49204 (401(k) Program).

3. AFLAC Insurance, Policy No. KB396 (Supplemental policies fully paid-for by employees).

4. Principal Life Insurance Policy No. 3020185 (Long Term Disability for Executives and Branch and Plant managers).

5. Lincoln National Policy No. 389685 (Long-Term Disability for Executives and Branch and Plant Managers).

6. All liabilities under and with respect to:

| Policy Holder | Type of Insurance | Carrier | Effective Date | Expiration Date | Premium | Policy No. |
|---|---|---|---|---|---|---|
| Arch Aluminum and Glass Co, Inc. | Workers' Compensation - Large Deductible – All Other | American Casualty Insurance Company of Reading, PA | 4/28/2009 | 4/28/2010 | $389,922.00 | WC 2047840760 |

12

| | States | | | | | |
|---|---|---|---|---|---|---|
| Arch Aluminum and Glass Co, Inc. | Workers' Compensation - Large Deductible - CA | Transportation Insurance Company | 4/28/2009 | 4/28/2010 | $14,315.00 | WC 2047855579 |
| Arch Aluminum and Glass Co, Inc. | Workers' Compensation - Retro - AZ & WI | Transportation Insurance Company | 4/28/2009 | 4/28/2010 | $36,225.00 | WC 2047855596 |
| Arch Aluminum and Glass Co, Inc. | Workers Compensation – Ohio | BWC State Insurance Fund | 7/1/2009 | 12/31/2009 | Last six month premium paid was $181,699.42 | 1345613 |
| Arch Aluminum and Glass Co, Inc. | Workers' Compensation - Stop Gap Liability | Transportation Insurance Company | 4/28/2009 | 4/28/2010 | $1,884.00 | SGL 2047855582- SG |

13

## Section 2.02(a)(ix)

### Other Liabilities

All Liabilities for product warranty service claims relating to products of the Business sold by the Sellers from and after the Petition Date.

All Liabilities for rebates relating to rebate programs and contracts listed in Section 3.12(a)(A)(2) of the Disclosure Schedule.

## Section 3.02

### No Conflict

1. Any restrictions on assignment with respect to Owned Real Property in connection with the agreements shown in Section 3.12(a)(H) or (J) of the Disclosure Schedule or to Leased Real Property as shown on Section 3.12(a)(G) of the Disclosure Schedule.

2. Material Contracts flagged with an asterisk or otherwise noted as such in Section 3.12(a) or Section 5.03(e) of the Disclosure Schedule.

3. Any restrictions on assignment with respect to those Permits including permits that may not be assigned pursuant to the terms thereof or without consent of the counterparty.

4. Those matters listed in Section 3.23(d) of the Disclosure Schedule.

## Section 3.03

**Governmental Consents**

1. Assignment of Central Contractor Registration No. 091463414 for Arch Aluminum Glass & Co., Inc., d/b/a Arch Mirror.

2. Any restrictions on assignment with respect to those Permits including permits that may not be assigned pursuant to the terms thereof or without consent of the counterparty.

3. As listed in Section 3.23(e) of the Disclosure Schedule.

4. Compliance with the terms of the New Jersey Industrial Site Recovery Act.

**Section 3.04(a)**

**Financial Statements**

This section contains confidential information.

## Section 3.04(b)

### Liabilities Not Disclosed Elsewhere

None.

## Section 3.05

## Litigation

### With Schnader Harrison Segal and Lewis LLP:

Potentially Responsible Party ("PRP") for Operating Industries, Inc. Landfill Superfund Site. In 2003, Arch Aluminum & Glass Co., Inc. (the "Company") was notified that the U. S. Environmental Protection Agency ("EPA") had identified it as a company which sent a small quantity of hazardous substances to the Operating Industries, Inc. Landfill Superfund Site ("OII Site"). EPA alleged therefore that Arch qualified as a de minimis PRP with potential liability under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") for the remediation of the contamination at the OII Site. EPA was expected to send out settlement notices to the de minimis PRPs in February or March, 2004. On or about September 10, 2003, Arch was also notified by the Operating Industries, Inc. Landfill Superfund Site Steering Committee ("OII Steering Committee"), the group of PRPs that will implement the re-mediation of the subject site, of its knowledge of Arch's potential CERCLA liability at the site. The Steering Committee encouraged all de minimis parties to accept the EPA settlement or, in the absence of a settlement, it has threatened a CERCLA contribution suit against any non-settling party. The Company notified the prior owner of Trident Consolidated Industries, Inc., the company that owned the facility, that any liability related to this matter was its responsibility under the Stock Purchase Agreement pursuant to which Trident was acquired by the Company. The prior owner accepted this potential liability and engaged its own counsel to handle this matter. The Company continues to wait for the EPA to send out settlement notices to the de minimis parties, including the Company. The Company has signed an amended tolling agreement with the OII Steering Committee of private parties remediating the Site to protect against any private suits while awaiting the agency's action. The Company received a letter dated July 21, 2008 from David Giannotti, counsel to the OII Steering Committee stating that the schedule for the EPA to distribute its settlement packages had been further delayed and, as a result, the OII Steering Committee was offering a further tolling of all statutes of limitation until October 15, 2012 pursuant to the terms of a Third Amended Tolling Agreement in order to provide sufficient time to finalize the de minimis settlement at the OII Site. According to the letter, the Steering Committee would amend its pending lawsuit or file a new action before October 14, 2008 naming as a defendant any de minimis PRP that did not return a signed Third Amended tolling Agreement by August 27, 2008. On August 20, 2008, the Company, as successor to its wholly-owned subsidiary, Trident Consolidated Industries, Inc., executed and delivered to the OII Steering Committee the Third Amended Tolling Agreement, further tolling all statutes of limitation until October 15, 2012 pursuant to the terms thereof. The Third Amended Tolling Agreement was countersigned by the Steering Committee on September 3, 2008. On December 7, 2009, the Company was forwarded by Stephen G. Mason, counsel to the prior owner of Trident Consolidated Industries, Inc., a letter dated October 16, 2009 from Albert M. Cohen, counsel to a group of PRPs to whom the EPA has indicated that it intends to make a de minimis settlement offer in the near future. The letter invited the Company to join that group.

Arch Aluminum & Glass Co., Inc. v. John Galan and Pride Tempered Glass Products, LLC, Superior Court of New Jersey, Camden County, Docket No. L-1610-08. This is an action filed against John Galan, a former Company employee and his new company, Pride Tempered Glass products, for breach of duty of loyalty, misappropriation of confidential information, unfair competition and tortuous interference with a contract. The Company sought an injunction prohibiting the defendants from utilizing the Company's confidential information and damages in an unspecified amount. The defendants appealed the denial of their motion and the appellate Division granted the Company's motion to remand the matter to the trial court for consideration of severance. The defendants moved for reconsideration of the Appellate Division's order. The defendant's motion for reconsideration of the Appellate Division's order denying defendant's appeal and granting the Company's motion to remand the matter to the trial court for consideration of severance was denied. Thereafter, the defendants filed a petition for certification with the New Jersey Supreme Court, which was also denied. The matter was remanded to the trial court, and discovery is ongoing. On December 4, 2009, counsel for defendants submitted a letter to the Court, requesting dismissal or stay of the Company's action due to the Company having filed for Chapter 11 bankruptcy protection. The Company replied with a letter dated December 9, 2009 contesting the point and attaching a copy of the first page of the Company's Chapter 11 bankruptcy petition.

AGC Indemnity Claim. In a letter dated January 23, 2009, the Company asserted its right to indemnification under that certain Asset Purchase Agreement dated June 2, 2008 by and among Poma Glass & Speciality Windows, Inc., AGC and Arch Tulsa Acquisition Co. (the "Asset Purchase Agreement") and has received reimbursement of expenses incurred as a result of cooperating with AGC in certain litigation between AGC and another third party captioned Kelley v. AFGC, Inc., et als, Tulsa County District Court, Oklahoma, Case No. CJ-2007-8493 (the "Kelley Case"). In addition, the Company was served with a subpoena *duces tecum* by the plaintiffs in the Kelley Case. The Company has filed a motion to quash the subpoena, which is pending. The Company has been reimbursed by AGC for its counsel fees and expenses incurred in responding to the subpoena from AGC under the Asset Purchase Agreement. The Company has since been informed by letter dated December 4, 2009 that the Kelley Case has been settled.

**With Broad and Cassel:**

DeGeorge Glass Company, Inc. v. Arch Aluminum and Glass Company, Inc., which is pending in the District Court for Baton Rouge Louisiana. The Plaintiff in that action has sued the Company for breach of contract and violations of Louisiana's products liability act based upon an allegation that Arch supplied glass to the Plaintiff that was defective, resulting in $82,442 in damages. The case was filed a few years ago but the plaintiff has taken little or no action in this matter.

La Touraine, LLC, Accor Business and Leisure Management, LLC, et al v. Amec Construction Management, Inc. On December 31, 2008, La Touraine, LLC, and other associated plaintiffs filed suit against Amec Construction Management, Inc. ("Amec"), alleging damages in excess of $50,000.00 resulting from Amec's work on the Sofitel

20

Hotel in Chicago, IL ("Sofitel"). On October 23, 2009, the Company was brought into the suit as a third-party defendant by HKL Cladding Systems, Inc. ("HKL"), one of the subcontractors of Amec in connection with the Sofitel. HKL alleges that the Company is responsible for indemnifying HKL for any damages entered against HKL in connection with its work on the Sofitel.

AGC Flat Glass North America. In or about November 2008, the Company placed a supplier, AGC Flat Glass North America, on notice of its failure to fulfill certain obligations under a Supply Agreement that provides Arch favorable pricing for particular materials. At that time, the Company demanded AGC pay $375,000 to cure its default. In response, AGC rejected the Company's claim. This ultimately led to the filing of a lawsuit that is presently pending in the United States District Court for the Southern District of Florida. The case is in the very early discovery stages.

AWP, LLC d/b/a Yale Ogron Windows and Doors in a collection action against View Windows, Inc. in an action pending in Miami Dade County, Florida. The collection action concerns an open receivable of approximately $30,000 that was acquired as part of the Company's acquisition of AWP through an asset transaction. In response to the Complaint, View Window's filed a counterclaim alleging that AWP tortiously interfered with certain contractual rights. The counterclaim against AWP is the subject of a Motion to Dismiss which has not yet been scheduled for oral argument.

**With Nexsen Pruet, LLC:**

Roberts Construction Co., Inc. v. All American Glass Co., Inc. et al. (case no. 2009-CP-07-1514) South Carolina Court of Common Pleas for the County of Beaufort. On May 19, 2009, Roberts Construction Co., Inc., filed an Amended Complaint naming Arch Aluminum & Glass Co., Inc., as a defendant. The Amended Complaint alleges negligent design and manufacturing and breaches of the warranties of merchantability and fitness with regards to windows supplied by Arch Aluminum & Glass Co., Inc., and utilized by a subcontractor of Roberts Construction Co., Inc., on construction work for which a homeowner was subsequently awarded approximately $520,000 from Roberts Construction Co., Inc., by an arbitrator. Service of the Amended Complaint on Arch Aluminum & Glass Co., Inc., occurred on or around September 2, 2009. The case is pending.

**With Mozley, Finlayson & Loggins, LLP:**

Gonzalez v. Arch Aluminum & Glass Co., Inc. (case no. 09A-08362-7) Superior Court of Gwinnet County, Georgia. On September 9, 2009, Hector Gonzalez filed a Complaint asserting damages in a personal injury action for an unspecified amount exceeding $100,000 against Arch Aluminum & Glass Co., Inc. This suit is disclosed as part of our disclosure of pending insurance claims. On October 29, 2009, the Company filed a Notice of Removal in the District Court of the Northern District of Georgia to remove the case to federal court. The case is pending.

**With Kohner, Mann & Kailas, S.C.:**

See attached list of open collection matters which Sellers are pursuing.

**Pending, Counsel Not Yet Retained:**

Cable Investments – Diablo, L.P. v. Arch Aluminum & Glass Co., Inc. (Case No. A-09-605611-CVI) District Court of Clark County, Nevada. On December 10, 2009, Cable Investments – Diablo, L.P., filed a complaint alleging breach of contract in connection with the lease for 5175 W. Diablo Drive, Suite 106, Las Vegas, Nevada 89118. The complaint alleges damages in excess of $10,000.

**Pending Before the Equal Opportunity Employment Commission:**

1. Danny Brown, Charge #423-2009-02569: Brown had been employed at W22 – Jackson, MS as a truck driver and alleges race-based discrimination in assignation of routes and hours. We received notice of his charge from the EEOC and timely replied with a statement of position dated October 7, 2009 denying that any such discrimination occurred. The matter is pending.

2. Marcus Dear, Charge # 423-2010-00028: Dear had been employed at W22 – Jackson, MS as a truck driver and alleges race-based discrimination in assignation of routes and hours. We received notice of his charge from the EEOC and timely replied with a position statement dated October 14, 2009 denying that any such discrimination occurred. The matter is pending.

3. Floyd Jackson, Charge # 423-2010-00039: Jackson had been employed at W22 – Jackson, MS as a truck driver and alleges race-based discrimination in assignation of routes and hours. We received notice of his charge from the EEOC and timely replied with a position statement dated October 14, 2009 denying that any such discrimination occurred. The matter is pending.

4. Sheila Reese, Charge #470-2010-00339: Reese had been employed at W22 – Jackson, MS as a sales representative and alleges that the decision to terminate her was racially motivated. We received notice of his charge from the EEOC and timely replied with a position statement dated October 14, 2009 denying that any such discrimination occurred. The matter is pending.

5. Christian Lane, Charge # 31B-2009-00208: Lane had been employed at W41 – Tulsa, OK and alleges race-based discrimination. We received notice of his charge from the EEOC and timely replied with a position statement dated October 26, 2009 denying that any such discrimination occurred. The matter is pending.

6. Peggy King, Charge # 423-2010-00024: King had been employed at W14 – Indianapolis, IN and alleges age-based discrimination. We received notice of his charge from the EEOC and timely replied with a position statement dated November 4, 2009 denying that any such discrimination occurred. The matter is pending.

**Litigation Threatened, But Complaint Not Yet Filed:**

Letter dated December 2, 2009 from Richard J. Bardy, counsel to Johnson Sales, with respect to payment of sums allegedly due under the Independent Representative Agreement between Johnson Sales and Arch Aluminum & Glass Co., Inc., dated October 19, 1999 and terminated by letter from Arch Aluminum & Glass Co., Inc., dated July 21, 2009.

Attachment for

Section 3.05 of the Disclosure Schedule

Open Collection Matters

KOHNER, MANN & KAILAS, S.C.

BARNABAS BUSINESS CTR. - 4650 N PORT WASHINGTON RD
MILWAUKEE, WI 53212-1059
PHONE (414)-962-5110  FAX (414)-962-8725
Email: kmksc@kmksc.com

November 30, 2009

Pame L. Huff
Arch Aluminum & Glass Co, Inc.
7517 Forest Drive
Meridian, MS 33305

## STATUS REPORT OF CURRENT ACCOUNTS

### THE CURRENT STATUS OF EACH FILE OUR OFFICE IS CURRENTLY WORKING IS DESCRIBED IN THE REMARK SECTION.

### THANK YOU FOR ALLOWING US TO BE OF SERVICE TO YOU.

For: 801806 - Arch Aluminum & Glass Co, Inc.

| Debtor Name City, State Forw Account Number | Your Account # Ourfile | Claim Date Last Activity | Amount Placed Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| 1st Choice Glass & Tile Duncanville, TX KMK-385 | 19986 78282-LBE | 06/18/2007 06/18/2007 | 11,977.11 11,977.11 | 0.00 | ACTIVE |
| 2410 North Kiowa, LLC Lake Havasu City, AZ | 21089 87108-RLM | 04/22/2009 04/22/2009 | 30,645.06 30,645.06 | 0.00 | ACTIVE |
| A & G Windows & Doors, LLC Topeka, KS | 3490 89483-BFS | 09/28/2009 09/28/2009 | 1,237.29 1,237.29 | 0.00 | ACTIVE: LITIGATION PENDING |
| A & T Storefronts Sunrise, FL 09-0374 | 8339 86402-RLM | 03/11/2009 03/19/2009 | 19,608.13 17,108.13 | 2,500.00 | ACTIVE |
| A Better View Glass Company Austin, TX | 18155 88732-LBE | 08/10/2009 08/27/2009 | 13,844.92 12,844.92 | 1,000.00 | ACTIVE |
| A Phoenix Glass & Glazing, Inc Orlando, FL 60047.00 | 18096 78929-BFS | 08/13/2007 05/11/2009 | 8,217.69 8,217.69 | 0.00 | ACTIVE: LITIGATION PENDING |
| A-1 Glass Garland, TX | 18921 88321-BFS | 09/16/2009 09/16/2009 | 1,692.04 1,692.04 | 0.00 | ACTIVE: CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |

Status Report                                                                                 11/30/2009 - 12:30:32          Page        1

For:   801805 - Arch Aluminum & Glass Co., Inc.

| Debtor Name<br>City, State<br>Forw Account Number | Your Account #<br>OurFile | Claim Date<br>Last Activity | Amount Placed<br>Balance | Amount<br>Collected | Status Remarks |
|---|---|---|---|---|---|
| A1 Glass & Mirror of WNY, Inc<br>Buffalo, NY | 23357<br>88351-BFS | 07/14/2009<br>07/14/2009 | 2,705.31<br>2,705.31 | 0.00 | ACTIVE; LITIGATION PENDING |
| ABS Glass Service, LLC<br>Batavia, NY | 22682<br>88236-LBE | 07/02/2009<br>07/02/2009 | 6,632.59<br>6,632.59 | 0.00 | ACTIVE |
| Ace Glass & Mirror Co.<br>Terrell, TX<br>KMK-432 | 18876<br>83724-RLM | 09/12/2008<br>02/20/2009 | 20,099.93<br>18,759.93 | 1,250.00 | ACTIVE; LITIGATION PENDING |
| Action Glass & Mirror-Lake Park<br>Palm Beach Gardens, FL | 11767<br>88342-RLM | 07/13/2009<br>07/13/2009 | 19,547.15<br>19,547.15 | 0.00 | ACTIVE |
| Advantage Glass & Storefront<br>Tempe, AZ<br>1533.111 | 13267<br>89334-ADS | 09/26/2008<br>11/05/2008 | 16,065.55<br>10,766.41 | 5,299.14 | ACTIVE |
| Affordable Glass & Mirror<br>Costa Mesa, CA | 23440<br>89024-BFS | 08/27/2009<br>08/27/2009 | 2,323.12<br>2,323.12 | 0.00 | ACTIVE; LITIGATION PENDING |
| Alabama Glass & Mirror<br>Mobile, AL | 11537<br>75170-ADS | 10/12/2006<br>10/12/2006 | 32,985.68<br>32,985.68 | 0.00 | ACTIVE; LITIGATION PENDING |
| All-Star Storefronts & Glass<br>Woodstock, GA | 20046<br>88915-RLM | 08/19/2009<br>08/19/2009 | 18,280.40<br>18,280.40 | 0.00 | ACTIVE |
| Allied Glass<br>Waxahachie, TX | 19997<br>90170-RLM | 11/18/2009<br>11/18/2009 | 6,014.82<br>6,014.82 | 0.00 | ACTIVE |
| Alta Glass & Window<br>Sandy, UT | 19448<br>89578-BFS | 10/02/2009<br>11/02/2009 | 3,434.27<br>2,525.04 | 909.23 | ACTIVE |
| Alucost, Inc.<br>Opa Locka, FL | 14002<br>90026-BFS | 11/10/2009<br>11/10/2009 | 3,107.94<br>3,107.94 | 0.00 | ACTIVE |
| Alutab, Inc.<br>Opa Locka, FL<br>16591 | 14013<br>89506-RLM | 09/29/2009<br>09/29/2009 | 57,881.59<br>57,881.59 | 0.00 | ACTIVE |
| Aluminum Custom Design Ltd. Co<br>Houston, TX<br>10639 | 22727<br>85314-RLM | 01/05/2009<br>01/05/2009 | 13,003.95<br>13,003.95 | 0.00 | ACTIVE; LITIGATION PENDING |
| AlueX Storefronts & Windows<br>Miami, FL<br>16635 | 21635<br>89726-RLM | 10/16/2009<br>10/16/2009 | 13,850.98<br>13,850.98 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE<br>FOR SUIT |

Status Report

For: 801806 - Arch Aluminum & Glass Co., Inc.

| Debtor Name City, State Forw Account Number | Your Account # Ourfile | Claim Date Last Activity | Amount Placed Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Amalgamated Glass, Inc. Naples, FL | 3325 79212-DMH | 09/07/2007 05/16/2008 | 373,136.04 179,179.06 | 193,956.98 | ACTIVE; LITIGATION PENDING |
| American Door Systems, Inc Orlando, FL 700420.001 | 20268 85550-RLM | 01/27/2009 11/03/2009 | 6,830.83 2,798.90 | 4,031.93 | ACTIVE; LITIGATION PENDING |
| American Glass & Window, Inc Hialeah, FL 18071 | 17811 83081-RLM | 04/21/2009 04/21/2009 | 36,617.24 36,617.24 | 0.00 | ACTIVE |
| American Glass Works, Inc Kissimmee, FL 700094 | 20261 84530-RLM | 11/14/2008 11/14/2008 | 14,453.19 14,453.19 | 0.00 | ACTIVE; LITIGATION PENDING |
| Andron's Statesboro Glass, Inc. Statesboro, GA | 133 88095-RLM | 08/31/2009 08/31/2009 | 18,427.00 18,427.00 | 0.00 | ACTIVE |
| Anthony's Custom Closets of Yaphauk, NY | 17705 85916-RLM | 02/09/2009 02/09/2009 | 41,127.36 41,127.36 | 0.00 | ACTIVE |
| Any Glass Dallas, TX KMK.439 | 18903 58117-RLM | 06/29/2009 06/29/2009 | 13,981.04 13,981.04 | 0.00 | ACTIVE |
| Ark Custom Glass, Inc Hudson, FL BR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 | 18828 87020-RLM | 04/17/2009 04/17/2009 | 4,884.72 4,884.72 | 0.00 | ACTIVE |
| Arlington Glass Co., Inc. Burleson, TX KMK-374 | 18895 77237-ADS | 03/29/2007 05/11/2009 | 20,974.90 14,364.23 | 6,610.67 | ACTIVE; LITIGATION PENDING |
| Arpechi Windows, Inc Miami, FL 15834 | ARP251 85907-RLM | 02/09/2009 05/11/2009 | 11,616.82 9,602.72 | 2,014.10 | ACTIVE |
| Arrow Glass Company Jefferson, OH | 12624 89609-RLM | 10/06/2009 10/06/2009 | 30,713.93 30,713.93 | 0.00 | ACTIVE |
| Aristic Concepts, LLC Scottsdale, AZ COM07146 | 12691 85221-RLM | 12/29/2008 12/29/2008 | 6,803.06 6,803.06 | 0.00 | ACTIVE; LITIGATION PENDING |
| Aristic Glass San Ysidro, CA 09-37905 | 13350 89025-BFS | 08/27/2009 08/27/2009 | 1,312.19 1,312.19 | 0.00 | ACTIVE; LITIGATION PENDING |

For: 801805 - Arch Aluminum & Glass Co., Inc.

| Debtor Name / City, State / Forw Account Number | Your Account # / OurFile | Claim Date / Last Activity | Amount Placed / Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Aslico Windows & Doors / Phoenix, AZ / 1522.099 | 8320 / 63668-LBE | 09/09/2008 / 05/11/2009 | 13,481.57 / 13,481.57 | 0.00 | ACTIVE |
| Associated Window & Door / Riveria Beach, FL / 08-122 | 20250 / 80070-LBE | 11/20/2007 / 03/30/2009 | 24,661.43 / 13,965.10 | 10,696.33 | ACTIVE; LITIGATION PENDING |
| Associated Window & Door, Inc / Riveria Beach, FL / 08-123 | AWD-374A / 80088-LBE | 11/21/2007 / 11/21/2007 | 31,654.66 / 31,654.66 | 0.00 | ACTIVE; LITIGATION PENDING |
| Atlanta Glass Company / Atlanta, GA / KMM-6450 | 19122 / 81993-CCK | 04/22/2008 / 04/22/2008 | 9,145.55 / 9,145.55 | 0.00 | ACTIVE; LITIGATION PENDING |
| Atlantic Glass Company, Inc. / Port Saint Lucie, FL | 7585 / 88787-RLM | 08/13/2009 / 08/13/2009 | 28,912.03 / 28,912.03 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |
| Auto Glass of America, Inc / Longwood, FL / 700458.001 | 7777 / 86657-RLM | 03/26/2009 / 03/26/2009 | 19,145.82 / 19,145.82 | 0.00 | ACTIVE; LITIGATION PENDING |
| Automatic Door Solutions, LLC / Irving, TX | 22015 / 89390-DAK | 09/22/2009 / 10/22/2009 | 1,451.64 / 1,254.74 | 195.90 | ACTIVE |
| Automatics, LLC / Dallas, TX / KMK-445 | 19703 / 88419-ADS | 07/20/2009 / 07/20/2009 | 2,025.23 / 2,025.23 | 0.00 | ACTIVE |
| Badger Glass / Oak Creek, WI | 19203 / 88347-MAS | 07/14/2009 / 11/12/2009 | 42,497.53 / 42,497.53 | 0.00 | ACTIVE; LITIGATION PENDING |
| Barnegat Bay Glass / Waretown, NJ / 30353-10 | 206 / 72792-ADS | 03/02/2006 / 05/11/2009 | 27,472.80 / 17,472.80 | 10,000.00 | ACTIVE; LITIGATION PENDING |
| Bars Billiards / Mesa, AZ | 17217 / 89907-RLM | 10/30/2009 / 10/30/2009 | 21,714.70 / 21,714.70 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |
| Belton Glass / Belton, TX / AA155 | 18736 / 80360-RLM | 12/14/2007 / 09/29/2009 | 11,224.02 / 4,224.02 | 7,000.00 | ACTIVE; LITIGATION PENDING |
| Ben-Son Glass & Mirror / Roswell, GA / 5234 | 5976 / 85109-RLM | 12/22/2008 / 12/22/2008 | 11,906.47 / 11,906.47 | 0.00 | ACTIVE; LITIGATION PENDING |

Status Report

11/30/2009 - 12:30:33    Page    4

For:    801806 - Arch Aluminum & Glass Co., Inc.

| Debtor Name<br>City, State<br>Forw Account Number | Your Account #<br>Ourfile | Claim Date<br>Last Activity | Amount Placed<br>Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Bison Auto & Plate Glass Inc<br>Cheektowga, NY | 14916<br>67813-RLM | 12/03/2004<br>03/08/2006 | 14,376.80<br>3,376.80 | 11,000.00 | ACTIVE; LITIGATION PENDING |
| Bolin Real Estate Management<br>Bridgeport, TX<br>KMK-429 | 19569<br>86234-DMH | 03/02/2009<br>03/02/2009 | 28,412.69<br>28,412.69 | 0.00 | ACTIVE; LITIGATION PENDING |
| Bowling Green Glass<br>Bowling Green, KY | 19872<br>86595-BFS | 10/05/2009<br>10/05/2009 | 1,333.42<br>1,333.42 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |
| Brother's Glass<br>Garden Grove, CA | 22952<br>86985-RLM | 04/15/2009<br>04/28/2009 | 26,788.90<br>14,788.90 | 12,000.00 | ACTIVE; LITIGATION PENDING |
| Burleigh Glass Co.<br>Milwaukee, WI | 18194<br>82587-DRZ | 05/10/2008<br>09/03/2009 | 43,238.48<br>34,238.48 | 9,000.00 | ACTIVE; LITIGATION PENDING |
| Burley's Rink Supply Inc<br>Johnstown, PA | 65313-DMH | 05/06/2004<br>05/11/2009 | 46,287.57<br>45,287.57 | 1,500.00 | ACTIVE; DISPUTED |
| C.P.S. Glass<br>Denver, CO | 19893<br>86632-RLM | 04/07/2009<br>04/07/2009 | 5,065.70<br>5,065.70 | 0.00 | ACTIVE; OUT OF BUS PRIOR TO PLACEMENT |
| CK Products West, Inc.<br>Boca Raton, FL | 14793<br>87939-DMH | 06/15/2009<br>06/15/2009 | 106,722.26<br>106,722.26 | 0.00 | ACTIVE |
| Cactus Glass<br>Mesa, AZ<br>1533.110 | 11577<br>85015-LBE | 12/11/2008<br>05/11/2009 | 5,296.58<br>5,296.58 | 0.00 | ACTIVE; SUIT FILED |
| Capital Marble Creations, Inc<br>Lillington, NC<br>20910714.001 | 20312<br>87603-ADS | 05/27/2009<br>05/27/2009 | 16,985.24<br>16,985.24 | 0.00 | ACTIVE |
| Carlson Glass, Inc.<br>South Haven, MI | 5556<br>88727-BFS | 08/10/2009<br>08/10/2009 | 4,391.62<br>4,391.62 | 0.00 | ACTIVE; OUT OF BUS PRIOR TO PLACEMENT |
| Carmell Valley Glass Co.<br>Solana Beach, CA<br>08-36281 | 15076<br>81692-RLM | 04/02/2008<br>08/07/2009 | 4,717.30<br>4,425.01 | 292.29 | ACTIVE; LITIGATION PENDING |
| Carol Glass Shop, Inc.<br>Cheektowega, NY<br>16600 | 12240<br>82522-RLM | 06/04/2008<br>11/10/2009 | 15,156.02<br>9,549.62 | 5,606.40 | ACTIVE; LITIGATION PENDING |
| Casa Marolo, Inc<br>Miami, FL<br>16224 | 335<br>87869-RLM | 08/10/2009<br>08/10/2009 | 30,424.56<br>30,424.56 | 0.00 | ACTIVE |

Status Report

For:  801896 - Arch Aluminum & Glass Co., Inc.

| Debtor Name / City, State / Fowe Account Number | Your Account # / Ourfile | Claim Date / Last Activity | Amount Placed / Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Casa Manolo, Inc / Miami, FL / 16223 | 335 / 87890-RLM | 06/10/2009 / 06/10/2009 | 85,137.72 / 85,137.72 | 0.00 | ACTIVE |
| Cayavec Enterprises, Inc / Oldsmar, FL / BK#-75-09-3436 | 376 / 88401-RLM | 07/1/2009 / 09/25/2009 | 29,598.42 / 28,203.41 | 1,385.01 | ACTIVE; DISPUTED |
| Centrack Mirrors & Glass, Inc / Deerfield Beach, FL / 07-519 | 12478/2921 / 77800-CCK | 05/11/2007 / 11/11/2009 | 58,679.19 / 55,279.19 | 3,400.00 | ACTIVE; LITIGATION PENDING |
| Chauncey Glass / Douglas, GA / 5750 | 367 / 86600-LBE | 03/23/2009 / 05/11/2009 | 10,952.24 / 10,952.24 | 0.00 | ACTIVE |
| Chella Glass & Accessories, Inc. / Glendale, AZ / COMO4764 | 8373 / 89984-BFS | 10/02/2009 / 10/02/2008 | 1,456.80 / 1,456.80 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |
| Christopher Glass / Arlington Heights, IL | 6797 / 89593-RLM | 10/05/2009 / 11/16/2009 | 7,122.36 / 4,622.36 | 2,500.00 | ACTIVE |
| Coastal Specialty Solutions / Orange Park, FL | 21514 / 83914-RLM | 09/25/2008 / 09/25/2008 | 16,356.09 / 16,356.09 | 0.00 | ACTIVE; LITIGATION PENDING |
| Coastal Window & Doors, Inc / West Palm Beach, FL / 09-228 | 7414 / 85342-RLM | 01/07/2009 / 01/27/2009 | 46,115.55 / 41,615.55 | 4,500.00 | ACTIVE; LITIGATION PENDING |
| Commercial Glass & Finishes / Mazomanie, WI | 22969 / 88163-DRZ | 07/15/2009 / 10/29/2009 | 11,420.02 / 0.00 | 11,515.72 | ACTIVE; LITIGATION PENDING |
| Contract Glass Co., Inc. / Richland, MS | 7632 / 76389-LBE | 10/30/2006 / 08/31/2009 | 18,390.55 / 2,403.08 | 15,987.47 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT / ACTIVE; SUIT FILED |
| Cotter Glass Company, Inc. / Champaign, IL / 20035691 | 4582 / 80849-RLM | 01/10/2008 / 05/07/2008 | 40,887.57 / 36,941.96 | 3,945.61 | ACTIVE; LITIGATION PENDING |
| Crafton's Glass, Inc / Lubbock, TX | 20053 / 86365-LBE | 01/08/2009 / 11/25/2009 | 24,856.36 / 6,463.06 | 18,393.30 | ACTIVE; JUDGMENT OBTAINED; PURSUING POST-JUDGMENT REMEDIES / ACTIVE; DEBTOR MAKING PAYMENT(S) |
| Crystal Glass & Mirror / Santa Ana, CA | 16093 / 85403-ADS | 01/12/2009 / 04/28/2009 | 13,006.39 / 6,048.71 | 5,959.68 | ACTIVE |

For:  801806 - Arch Aluminum & Glass Co., Inc.

| Debtor Name City, State Forw Account Number | Your Account # Ourfile | Claim Date Last Activity | Amount Placed Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Curtainwall & Glass Systems Norcross, GA | 11391 88461-RLM | 07/21/2009 09/08/2009 | 12,912.17 11,925.90 | 986.27 | ACTIVE |
| Custom Glass Corp. Kittanning, PA | 7100 71953-ADS | 12/19/2005 09/16/2009 | 18,243.73 15,943.73 | 2,300.00 | ACTIVE; LITIGATION PENDING |
| Custom Glass, Inc. Tallahassee, FL 61184.00 | 19323 84178-LBE | 10/14/2008 06/11/2009 | 5,284.74 5,284.74 | 0.00 | ACTIVE; SUIT FILED ACTIVE; JUDGMENT OBTAINED; PURSUING POST-JUDGMENT REMEDIES |
| Customline Remodelers Lake Worth, FL | 20308 88418-BFS | 07/20/2009 07/20/2009 | 1,275.32 1,275.32 | 0.00 | ACTIVE; LITIGATION PENDING |
| Cyclone Control Windows, LLC Boca Raton, FL | CYC100 89797-RLM | 10/21/2009 10/21/2009 | 11,238.44 11,238.44 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |
| D & A Glass & Mirror, Inc. Saint Cloud, FL 50252.00 | 17282 75350-ADS | 10/30/2006 10/06/2009 | 22,287.26 21,877.26 | 410.00 | ACTIVE; LITIGATION PENDING TRACING FOR ASSETS |
| D.M. Aluminum & Glass Corp. Gurabo, PR | 21033 83008-ADS | 07/16/2008 09/09/2009 | 32,436.12 0.00 | 33,455.65 | ACTIVE |
| Daniel Vasquez Edcouch, TX | T117 74144-DMH | 06/27/2006 05/11/2009 | 180,457.53 180,457.53 | 0.00 | ACTIVE; LITIGATION PENDING |
| Day, Jack Bolivar, MO 00-00253-0 | 3950 34367-CCK | 11/01/1999 02/06/2003 | 34,622.44 34,622.44 | 0.00 | ACTIVE; LITIGATION PENDING |
| Del Mar Glass, Inc. Del Mar, CA | 13423 90111-BFS | 11/13/2009 11/13/2009 | 3,978.88 3,978.88 | 0.00 | ACTIVE |
| Dependable Glass & Mirror Las Vegas, NV | 11708 88547-DMH | 07/28/2009 08/20/2009 | 30,383.68 30,383.68 | 0.00 | ACTIVE |
| Design Doors Gallery Mission, TX | 19230 87356-DAK | 05/11/2009 06/11/2009 | 520.42 520.42 | 0.00 | ACTIVE |
| Design Group, Inc East Peoria, IL 2009/386 | 17551 85883-RLM | 02/10/2009 02/10/2009 | 5,518.49 5,518.49 | 0.00 | ACTIVE; DISPUTED FORWARDED TO OUTSTATE ATTORNEY |
| Diligent Door & Glass Temecula, CA | 23119 85401-RLM | 03/11/2009 03/11/2009 | 19,846.53 19,846.53 | 0.00 | ACTIVE |

Status Report

For:   801805 - Arch Aluminum & Glass Co., Inc.

| Debtor Name<br>City, State<br>Forw Account Number | Your Account #<br>Ourfile | Claim Date<br>Last Activity | Amount Placed<br>Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Discount Glass<br>Oklahoma Cdy, OK | 22364<br>90169-RLM | 11/18/2009<br>11/18/2009 | 11,031.93<br>11,031.93 | 0.00 | ACTIVE |
| Dixie Glass Company, LLC<br>Shawnee Mission, KS | 19946<br>88362-RLM | 07/15/2009<br>10/29/2009 | 11,951.21<br>8,951.21 | 3,000.00 | ACTIVE |
| Downs Glass Co., Inc.<br>Sarasota, FL | 541<br>89773-RLM | 10/19/2009<br>10/19/2009 | 20,616.09<br>20,616.09 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE<br>FOR SUIT |
| Durango Doors, LLC<br>Austin, TX<br>11599.001 | 22224<br>86720-RLM | 03/31/2009<br>11/10/2009 | 8,096.73<br>447.52 | 7,649.21 | ACTIVE |
| Eagle Glass of Richmond<br>Mechanicsville, VA<br>2006004536.001 | 12445<br>88545-LBE | 07/28/2009<br>07/28/2009 | 21,436.43<br>21,436.43 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE<br>FOR SUIT |
| Eastview Glass<br>Graham, NC<br>20561.001 | 19854<br>86043-RLM | 02/18/2009<br>02/18/2009 | 10,145.08<br>10,145.08 | 0.00 | ACTIVE; LITIGATION PENDING |
| Embassy Glass, Inc<br>Las Vegas, NV | 11520<br>83933-RLM | 09/26/2008<br>09/26/2008 | 4,232.13<br>4,232.13 | 0.00 | ACTIVE; LITIGATION PENDING |
| Emerald Glass<br>Tucson, AZ | 12894<br>84141-DMH | 10/13/2008<br>02/12/2009 | 50,333.39<br>46,646.50 | 3,686.89 | ACTIVE; LITIGATION PENDING |
| Emery Glass Co.<br>Atchison, KS<br>4363 | 22238<br>84976-RLM | 12/09/2008<br>12/09/2008 | 18,490.59<br>18,490.59 | 0.00 | ACTIVE; LITIGATION PENDING |
| Fast Glass & Mirror<br>Farmington, MN | 15329<br>86500-RLM | 03/17/2009<br>03/17/2009 | 7,128.50<br>7,128.50 | 0.00 | ACTIVE; LITIGATION PENDING |
| First Impressions<br>Chicago, IL<br>08-021K | 15823<br>80495-RLM | 12/26/2007<br>12/26/2007 | 13,529.12<br>13,529.12 | 0.00 | ACTIVE; LITIGATION PENDING |
| Flesher Windows, Inc<br>Lehigh Acres, FL | FLE511<br>87929-RLM | 06/12/2009<br>09/16/2009 | 9,505.23<br>6,505.23 | 3,000.00 | ACTIVE |
| Flesher Windows, Inc<br>Lehigh Acres, FL | 21688<br>88046-RLM | 06/19/2009<br>11/03/2009 | 40,554.83<br>37,554.83 | 3,000.00 | ACTIVE |
| Fred Kemp<br>Hartwell, GA | 2384<br>82202-LBE | 05/08/2008<br>05/11/2009 | 9,223.20<br>8,023.20 | 1,200.00 | ACTIVE; LITIGATION PENDING |

For:  801806 - Arch Aluminum & Glass Co., Inc.

| Debtor Name / City, State / Forw Account Number | Your Account # / Ourfile | Claim Date / Last Activity | Amount Placed / Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Freedom Glass, Lancaster, TX, KMK-478 | 19157 / 84518-RLM | 11/13/2008 / 11/13/2008 | 6,837.29 / 5,837.29 | 0.00 | ACTIVE; LITIGATION PENDING |
| GRS Windows & Doors, Inc, Fort Lauderdale, FL, 09-0502 | GRSB90 / 86719-RLM | 03/31/2009 / 03/31/2009 | 12,426.59 / 12,426.59 | 0.00 | ACTIVE |
| GTC Hurricane Window Distributors, Inc., Fort Lauderdale, FL | 7667 / 88719-CCK | 08/10/2009 / 11/16/2009 | 41,000.41 / 26,090.41 | 15,000.00 | ACTIVE |
| Gables Window & Door, Miami, FL, A37490 | 78925-LBE | 08/13/2007 / 11/17/2009 | 10,313.44 / 313.44 | 10,000.00 | ACTIVE |
| Gallant Glass Company, Atalla, AL, 09-B0327-0 | 11818 / 85119-RLM | 12/22/2008 / 12/22/2008 | 10,219.58 / 10,219.58 | 0.00 | ACTIVE; LITIGATION PENDING |
| Galvez Glass Service, Downey, CA | 22815 / 88640-BFS | 08/04/2009 / 08/04/2009 | 3,573.40 / 3,573.40 | 0.00 | ACTIVE; LITIGATION PENDING |
| Gazzez Custom Doors & Glass, Donna, TX, 10385.001 | 20251 / 85313-RLM | 01/05/2009 / 05/05/2009 | 13,149.74 / 13,022.79 | 126.95 | ACTIVE; LITIGATION PENDING |
| Glasco, Dallas, TX, KMK-405 | 18762 / 80978-RLM | 02/07/2008 / 02/07/2008 | 11,363.09 / 11,363.09 | 0.00 | ACTIVE; LITIGATION PENDING |
| Glass & Mirror Decorations, Norcross, GA, 5525 | 13283 / 86235-RLM | 03/02/2009 / 11/04/2009 | 8,912.87 / 6,362.87 | 550.00 | ACTIVE |
| Glass & Mirror Outlet, Inc., Hopkins, MN | 22743 / 90030-CCK | 11/10/2009 / 11/10/2009 | 35,170.49 / 35,170.45 | 0.00 | ACTIVE |
| Glass Doctor of Weld County, Greeley, CO | 21437 / 86420-RLM | 03/11/2009 / 03/11/2009 | 5,321.87 / 5,321.87 | 0.00 | ACTIVE; LITIGATION PENDING |
| Glass Incorporated, Sussex, WI | 9293 / 88942-ADH | 11/03/2009 / 11/03/2009 | 11,337.96 / 11,337.96 | 0.00 | ACTIVE |
| Glass Plus, Espyville, PA | 10855 / 74700-DMH | 09/01/2005 / 07/17/2009 | 8,019.30 / 0.00 | 8,800.00 | ACTIVE; LITIGATION PENDING |
| Glass Plus Company, Carteret, NJ | 15939 / 88604-BFS | 10/05/2009 / 10/05/2009 | 1,545.40 / 1,545.40 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |

For: 8018D6 - Arch Aluminum & Glass Co., Inc.

| Debtor Name City, State Forw Account Number | Your Account # Ourfile | Claim Date Last Activity | Amount Placed Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Glass Queen Malibu, CA | 19471 83965-RLM | 09/30/2008 09/30/2008 | 6,946.42 6,946.42 | 0.00 | ACTIVE; LITIGATION PENDING |
| Glass Structures Rockmart, GA 5166 | 12402 85123-RLM | 12/22/2008 01/09/2009 | 18,203.95 13,528.17 | 4,675.78 | ACTIVE |
| Glass Systems of New Mexico, LLC Albuquerque, NM | 23557 89853-LBE | 10/27/2009 10/27/2009 | 13,275.72 13,275.72 | 0.00 | ACTIVE |
| Glazing Concepts, Inc Summerville, SC 12612 | 12612 85004-RLM | 12/11/2008 05/11/2009 | 12,649.10 12,649.10 | 0.00 | ACTIVE; LITIGATION PENDING |
| Glenmoore Glass West Chester, PA | 737 89847-RLM | 10/26/2009 10/26/2009 | 15,933.28 15,933.28 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |
| Goez Custom Glass LLC Deltona, FL 700419.001 | 740 86112-RLM | 02/24/2009 02/24/2009 | 5,768.81 5,768.81 | 0.00 | ACTIVE; LITIGATION PENDING |
| Golden Hills Glass San Diego, CA 08-36089 | 13473 72293-ADS | 03/02/2006 05/11/2009 | 22,859.83 22,859.83 | 0.00 | ACTIVE; LITIGATION PENDING |
| Goodyear Glass & Mirror, Inc. Goodyear, AZ 1533,109 | 16944 84987-RLM | 12/10/2008 12/10/2008 | 6,607.92 6,607.92 | 0.00 | ACTIVE; LITIGATION PENDING |
| Grandview Glass & Metal, Inc. Ontario, CA | 21314 90151-RLM | 11/17/2009 11/17/2009 | 6,369.68 6,369.68 | 0.00 | ACTIVE |
| Gulfcoast Door & Glass, Inc. Cape Coral, FL 03-194 | 6441N 81776-CCK | 08/28/2003 05/11/2009 | 246,634.86 212,535.93 | 34,098.93 | ACTIVE; LITIGATION PENDING |
| Gus's Window & Door Repair LLC Fort Lauderdale, FL 08-729 | GUS245 82970-RLM | 07/14/2008 03/30/2009 | 26,427.36 16,427.36 | 10,000.00 | ACTIVE; LITIGATION PENDING |
| H.I. Brown Mirror & Glass Palmyra, PA 00-690064-0 | 3921 75373-CCK | 11/01/2006 08/20/2008 | 39,620.75 20,499.27 | 19,121.48 | ACTIVE; LITIGATION PENDING |
| Help Solutions of NA, Inc. Silver Spring, MD | 24231 90235-BFS | 11/24/2009 11/24/2009 | 3,554.37 3,554.37 | 0.00 | ACTIVE |

Status Report

For:    801606 - Arch Aluminum & Glass Co., Inc.

| Debtor Name City, State Forw Account Number | Your Account # Ourfile | Claim Date Last Activity | Amount Placed Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| High Country Glass & Mirror, Flagstaff, AZ 9022-0034 | 13290 86264-RLM | 03/03/2009 03/27/2009 | 40,879.73 39,379.73 | 1,500.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |
| High Performance Panama City, FL | 7217 84492-DMH | 12/11/2008 11/19/2009 | 41,025.10 0.00 | 44,776.10 | PAID IN FULL |
| Hour Glass & Aluminum Co., Inc Collegeville, PA | 18300 88383-LBE | 07/16/2009 07/16/2009 | 2,391.25 2,391.25 | 0.00 | ACTIVE; OUT OF BUS PRIOR TO PLACEMENT |
| Houston Glass & Mirror Inc Houston, TX 251790 | H110 6918D-LBE | 03/23/2005 05/11/2009 | 8,564.60 8,564.60 | 0.00 | ACTIVE |
| Houston Residential Commercial Spring, TX 262865 | 18446 75322-LBE | 10/26/2006 10/23/2009 | 11,716.83 2,641.83 | 9,075.00 | ACTIVE |
| Howell General Glazing Contractors Corp. Howell, NJ | 826 9016B-LBE | 11/18/2009 11/18/2009 | 7,651.85 7,651.85 | 0.00 | ACTIVE |
| ICU Mirror And Glass Corp Sunrise, FL 09-1002 | 19910 89632-LBE | 10/07/2009 10/07/2009 | 6,114.44 6,114.44 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |
| Idaho Glass & Paint Pocatello, ID | 22172 87379-RLM | 05/12/2009 05/12/2009 | 24,927.25 24,927.25 | 0.00 | ACTIVE |
| Imperial Doors Springdale, AR | 22705 87651-RLM | 05/28/2009 10/26/2009 | 19,683.59 15,032.01 | 4,651.58 | ACTIVE |
| Imperial Glass & Caulking, Inc. Douglesville, GA | 11584 88917-RLM | 08/19/2009 08/19/2009 | 21,342.07 21,342.07 | 0.00 | ACTIVE |
| Innovative Glazing Solutions, Phoenix, AZ | 12145 87076-RLM | 04/20/2009 11/17/2009 | 10,637.97 0.00 | 10,637.97 | ACTIVE |
| Insta-lle Glass & Mirror, Inc. Houston, TX 292553 | 5923 88417-RLM | 07/20/2009 07/20/2009 | 5,772.08 5,772.08 | 0.00 | ACTIVE |
| Island Glass Corp. Foley, AL | 16250 70804-RLM | 08/19/2006 11/27/2009 | 5,703.22 5,703.22 | 0.00 | ACTIVE; LITIGATION PENDING |
| Isiv Group USA Corp. Naples, FL 37997 | 15542 88916-LBE | 08/19/2006 06/19/2009 | 7,439.21 7,439.21 | 0.00 | ACTIVE |

Status Report

For:   801806 - Arch Aluminum & Glass Co. Inc.

| Debtor Name<br>City, State<br>Fonv Account Number | Your Account #<br>Ourfile | Claim Date<br>Last Activity | Amount Placed<br>Balance | Amount<br>Collected | Status Remarks |
|---|---|---|---|---|---|
| Iviv Group USA Corporation<br>Naples, FL<br>37890 | IV213<br>85972-LBE | 02/03/2009<br>05/11/2009 | 5,918.33<br>6,918.33 | 0.00 | ACTIVE |
| J & D, Inc. of Miami<br>Miami Beach, FL<br>16317 | 1406<br>88067-RLM | 06/22/2009<br>06/22/2009 | 57,668.36<br>57,668.36 | 0.00 | ACTIVE; DISPUTED |
| J.H.S. Storefront Supply, Inc<br>Farmingdale, NY<br>46084 | 10653<br>67322-CCK | 10/22/2004<br>07/23/2009 | 225,157.93<br>214,157.93 | 11,000.00 | ACTIVE; LITIGATION PENDING |
| JBA Thomas, Inc.<br>Smithville, OH | 23899<br>89311-LBE | 09/16/2009<br>09/16/2009 | 1,609.77<br>1,609.77 | 0.00 | ACTIVE |
| JC Glass<br>El Paso, TX | 23116<br>85505-RLM | 12/11/2008<br>12/11/2008 | 5,512.70<br>5,512.70 | 0.00 | ACTIVE; LITIGATION PENDING |
| Jacobs Design Group, LLC<br>Cleveland, OH | 17971<br>88400-BFS | 07/17/2009<br>07/17/2009 | 3,253.51<br>3,253.51 | 0.00 | ACTIVE; LITIGATION PENDING |
| Jacobson Window Company, Inc.<br>Tampa, FL | 88548-CCK | 07/28/2009<br>07/28/2009 | 59,637.87<br>59,637.87 | 0.00 | ACTIVE |
| Jaguar Glass & Mirror<br>Waxahachie, TX<br>11356.001 | 19041<br>86869-RLM | 04/08/2009<br>04/08/2009 | 9,999.02<br>9,999.02 | 0.00 | ACTIVE |
| Jarrell & Associates, Inc.<br>Monroe, NC | 23851<br>89982-RLM | 11/25/2009<br>11/25/2009 | 11,232.35<br>11,232.35 | 0.00 | ACTIVE |
| Jonkur, Inc.<br>Hillsborough, NJ | 12123<br>86635-LBE | 03/24/2009<br>11/17/2009 | 6,568.36<br>1,788.36 | 4,800.00 | ACTIVE<br>DEBTOR HAS MADE PAYMENT ARRANGEMENTS |
| Joseph E. Deaver<br>Fort Myers, FL | 6500<br>71961-RLM | 12/20/2005<br>09/14/2006 | 5,344.12<br>1,144.12 | 4,200.00 | ACTIVE |
| Juba, Thomas<br>Gold Hill, NC<br>09-14695-0 | 23659<br>88122-RLM | 09/24/2009<br>09/24/2009 | 10,823.73<br>10,823.73 | 0.00 | ACTIVE |
| KNZ Construction, Inc.<br>Dallastown, PA | 14525<br>88971-DMH | 05/24/2009<br>10/06/2009 | 44,939.15<br>31,700.87 | 13,238.28 | ACTIVE |
| Kelly Glass Corp.<br>Aurora, CO<br>6379 | 16820<br>76904-DMH | 03/02/2007<br>10/06/2009 | 49,700.65<br>18,754.66 | 30,945.99 | ACTIVE; LITIGATION PENDING |

Status Report

11/30/2009 - 12:30:35      Page   12

For:   8013806 - Arch Aluminum & Glass Co., Inc.

| Debtor Name City, State Forw Account Number Curfile | Your Account # | Claim Date Last Activity | Amount Placed Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Kitchen Fabricators, Inc. Santa Ana, CA | 13511 83999-BFS | 11/06/2009 11/06/2009 | 3,997.43 3,997.43 | 0.00 | ACTIVE |
| LKS Glass & Glazing, Inc. Deer Park, IL | 17688 81951-RLM | 04/21/2008 11/20/2009 | 20,600.00 18,023.47 | 2,776.53 | ACTIVE; LITIGATION PENDING |
| La Bella Vista, LLC Fort Lauderdale, FL 16672 | LAB470 89708-RLM | 10/15/2009 10/15/2009 | 12,654.81 12,654.81 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |
| Lancaster Glass, Inc. O Fallon, MO | 21485 90167-BFS | 11/18/2009 11/18/2009 | 3,606.01 3,606.01 | 0.00 | ACTIVE; OUT OF BUS PRIOR TO PLACEMENT |
| MGS Storefronts, Inc Coral Springs, FL 09-587 | 6267 85459-RLM | 01/16/2009 07/24/2009 | 40,803.26 34,803.26 | 6,000.00 | ACTIVE |
| Majestic Glass & Aluminum, LLC Cape Coral, FL | 22974 & 23830 89900-RLM | 08/27/2009 08/27/2009 | 21,582.13 21,582.13 | 0.00 | ACTIVE |
| Matrix Unlimited Boston, NY | 23240 88546-DMH | 07/28/2009 07/28/2009 | 43,039.93 43,039.93 | 0.00 | ACTIVE |
| McMahan's Glass & Aluminum El Paso, TX | 14701 82393-DMH | 05/20/2008 10/23/2009 | 24,757.93 24,257.93 | 500.00 | ACTIVE; LITIGATION PENDING |
| Midwest Glass, LLC Tempe, AZ 9022-0049 | 23277 88594-RLM | 10/05/2009 10/05/2009 | 18,162.62 18,162.62 | 0.00 | ACTIVE |
| Mike's Glass Works Cedar Valley, UT C9000425 | 21969 86285-RLM | 03/03/2009 03/03/2009 | 23,068.38 23,068.38 | 0.00 | ACTIVE |
| Millennium Glass Contractors Sewell, NJ 1117787 | 17874 74856-RLM | 09/14/2005 09/14/2006 | 7,217.65 7,217.65 | 0.00 | ACTIVE; LITIGATION PENDING |
| Miller Metal Specialties, Inc Valencia, CA | 23538 88539-RLM | 08/04/2009 11/06/2009 | 5,740.45 3,740.45 | 2,000.00 | ACTIVE |
| Miron Building Products Co., N. Miami Beach, FL 16860 | MIR 194 85940-RLM | 02/13/2009 09/21/2009 | 11,996.25 8,246.25 | 3,750.00 | ACTIVE |
| Mountain Windows, LLC Salmon, ID | 20848 86445-RLM | 03/12/2009 03/12/2009 | 3,049.45 3,049.45 | 0.00 | ACTIVE |

Status Report

For: 801806 - Arch Aluminum & Glass Co., Inc.

| Debtor Name City, State Forw Account Number | Your Account # Ourfile | Claim Date Last Activity | Amount Placed Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Mt. Top Glass & Mirror, Inc. Oakland, MD | 15482 90166-RLM | 11/18/2009 11/18/2009 | 24,632.96 24,632.96 | 0.00 | ACTIVE |
| NF Glass Company Philadelphia, PA CP702078 | 1073 85870-RLM | 02/09/2009 02/09/2009 | 15,707.38 15,707.38 | 0.00 | ACTIVE; LITIGATION PENDING |
| Naples Mirror & Glass, Inc. Naples, FL | 19359 87506-RLM | 05/20/2009 05/20/2009 | 27,021.19 27,021.19 | 0.00 | ACTIVE |
| National Glass of VA, LLC Suffolk, VA 2009-0025Y-0 | 18132 88095-RLM | 02/23/2009 04/27/2009 | 35,048.02 34,748.02 | 300.00 | ACTIVE |
| North Shore Glass Chicago, IL | 9551 84426-LBE | 11/03/2008 05/11/2009 | 17,968.59 17,968.59 | 0.00 | ACTIVE; SUIT FILED ACTIVE; SUIT FILED |
| Novum Structures, LLC Menomonee Falls, WI | 10850 82588-RMJ | 06/10/2008 05/11/2009 | 32,058.49 32,058.49 | 0.00 | ACTIVE; LITIGATION PENDING |
| Old Iron Doors West Scottsdale, AZ 1533.081 | 13268 80372-RLM | 12/17/2007 03/31/2009 | 10,351.04 7,554.83 | 2,796.21 | ACTIVE; LITIGATION PENDING |
| PRT Glazing LLC Naples, FL | 745 70119-BFS | 06/06/2005 05/11/2009 | 5,780.16 5,780.16 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT ACTIVE; JUDGMENT OBTAINED; PURSUING POST-JUDGMENT REMEDIES |
| Pacific Skyline Glass, Inc. San Diego, CA | 15865 84236-LBE | 10/17/2008 05/11/2009 | 13,208.19 13,108.19 | 100.00 | ACTIVE; LITIGATION PENDING |
| Petty Products Tucson, AZ | 10564 85984-RLM | 02/13/2009 02/13/2009 | 13,195.92 13,195.92 | 0.00 | ACTIVE; LITIGATION PENDING |
| Phoenix Glazing Pittsburgh, PA | 11524 84849-DMH | 12/02/2008 04/29/2009 | 14,500.00 3,754.00 | 10,746.00 | ACTIVE; LITIGATION PENDING |
| Phoenix Glazing, Inc Pittsburgh, PA | 14774 84682-DMH | 11/21/2008 04/29/2009 | 31,249.87 3,249.87 | 28,000.00 | ACTIVE |
| Polvado Glass Co., Inc McAllen, TX | 62957-ADS | 11/25/2003 05/11/2009 | 23,464.31 23,464.31 | 0.00 | ACTIVE |
| Polvado Glass Company Inc McAllen, TX | P104 69208-ADS | 03/25/2005 11/04/2008 | 44,221.09 9,221.09 | 36,000.00 | ACTIVE |
| Premium Window Installations, Miami, FL A37968 | PRET732 85569-CCK | 01/22/2009 03/04/2009 | 160,611.38 165,111.38 | 4,500.00 | ACTIVE; LITIGATION PENDING |

Status Report

For: 801805 - Arch Aluminum & Glass Co., Inc.

| Debtor Name City, State Fonv Account Number | Your Account # Ourfile | Claim Date Last Activity | Amount Placed Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Prescott Enterprises, Inc. Sanford, FL 51290.00 | 19901 81050-BFS | 02/13/2008 02/13/2008 | 5,300.60 5,300.60 | 0.00 | ACTIVE; LITIGATION PENDING |
| Prestige Iron Doors, LLC Windermere, FL | 23001 89771-LBE | 10/19/2009 10/19/2009 | 4,784.03 4,784.03 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |
| Progressive Glass & Windows, Inc. Riviera Beach, FL | 10999 88979-BFS | 08/26/2009 11/02/2009 | 2,493.45 893.45 | 7,600.00 | ACTIVE; LITIGATION PENDING |
| Q's Quality Glass, LLC Gillete, WY | 21438 89651-BFS | 10/27/2009 10/27/2009 | 1,718.75 1,718.75 | 0.00 | ACTIVE; OUT OF BUS PRIOR TO PLACEMENT |
| Quality Hurricane Protection, Inc. Jupiter, FL 08-360 | QUA711 81119-RLM | 02/19/2008 02/19/2008 | 49,684.21 49,684.21 | 0.00 | ACTIVE; LITIGATION PENDING |
| RM Enterprises Knoxville, TN 09-02801-0ME | 21661 87483-RLM | 05/19/2009 10/16/2009 | 7,965.00 750.00 | 7,215.00 | ACTIVE |
| Radiant Glass & Mirror, Inc. Spring Hill, FL 700855.001 | 11636 87928-RLM | 06/12/2009 09/25/2009 | 4,087.98 500.00 | 3,587.98 | ACTIVE |
| Railings Plus, Inc. Palm Bay, FL 209C0259 | 22999 87673-LBE | 05/29/2009 05/29/2009 | 9,636.15 9,636.15 | 0.00 | ACTIVE |
| Ray's Glass & Mirror, Inc. McAllen, TX 4537.001 | 18664/18666 77139-ADS | 03/23/2007 05/07/2009 | 47,945.34 7,945.34 | 40,000.00 | ACTIVE; LITIGATION PENDING |
| Renee Graham & Henry Graham Blythewood, SC 05-172 | 15392 21912-CCK | 12/13/2005 12/13/2005 | 46,136.83 46,136.83 | 0.00 | ACTIVE FILING PROOF OF CLAIM |
| Republic Glass & Mirror Las Vegas, NV | 21010 99947-BFS | 11/04/2009 11/04/2009 | 4,824.13 3,824.13 | 1,000.00 | ACTIVE |
| Residentiat Glass & Mirror Lithonia, GA 5235 | 21188 85110-RLM | 12/22/2008 12/22/2008 | 10,692.38 10,692.38 | 0.00 | ACTIVE; LITIGATION PENDING |
| Rockaway Glass Rockaway, NJ 09040004 | 1212 85368-RLM | 01/08/2009 01/08/2009 | 4,087.81 4,087.81 | 0.00 | ACTIVE; LITIGATION PENDING |

For:  801806 - Arch Aluminum & Glass Co., Inc.

| Debtor Name / City, State / Fonv Account Number | Your Account # / Ourfile | Claim Date / Last Activity | Amount Placed / Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Rocky Mountain Supplies, Inc. / Aurora, CO / 6785 | 20072 / 82392-CCK | 05/20/2008 / 05/11/2009 | 31,947.14 / 25,381.68 | 5,565.46 | ACTIVE; LITIGATION PENDING |
| Roustan United / Johnstown, PA / CL-10,384 | 23308 / 88420-RLM | 07/20/2008 / 07/20/2009 | 7,415.86 / 7,415.86 | 0.00 | ACTIVE; DISPUTED |
| Route 9 Glass & Mirror / Bricktown, NJ / 30353-4 | 2744 / 57394-CCK | 11/20/2002 / 11/18/2009 | 10,004.36 / 884.51 | 9,739.85 | ACTIVE; LITIGATION PENDING |
| Roy R. Schneider Enterprises / Sarasota, FL | 10659 / 85968-RLM | 02/13/2009 / 02/13/2009 | 24,482.00 / 24,482.00 | 0.00 | ACTIVE |
| S. Stafford Glass & Mirror / Hewitt, NJ / 11999-001 | 18156 / B0337-DMH | 12/13/2007 / 03/18/2009 | 46,133.45 / 42,537.31 | 3,596.14 | ACTIVE; LITIGATION PENDING |
| Safeshield Auto Glass, Inc. / Fountain Hills, AZ / 1533.106 | 20101 / 84467-RLM | 11/10/2008 / 05/05/2009 | 23,305.57 / 22,305.57 | 1,000.00 | ACTIVE; LITIGATION PENDING |
| Sago Services, Inc. / Ormond Beach, FL / 51682.00 | 459 / 83216-RLM | 08/04/2008 / 11/21/2009 | 10,851.27 / 0.00 | 12,325.61 | PAID IN FULL |
| San Diego Dual Glaze/Hardouts / El Cajon, CA | 14994 / 87321-LBE | 06/05/2009 / 05/05/2009 | 34,210.56 / 34,210.56 | 0.00 | ACTIVE ACTIVE: SUIT FILED |
| Sewell Door Controls & Glass / Fort Myers, FL | 1259 / 83584-RLM | 09/03/2008 / 09/03/2008 | 4,434.42 / 4,434.42 | 0.00 | ACTIVE; LITIGATION PENDING |
| Smitty's Quality Glass / Midvale, UT / 08001239 | 19271 / 83568-RLM | 09/03/2008 / 10/09/2008 | 25,285.74 / 21,803.67 | 3,482.07 | ACTIVE; LITIGATION PENDING |
| Southwick, Inc. / Sanford, FL | 12044 / 89772-DAK | 10/19/2009 / 10/19/2009 | 3,692.03 / 3,692.03 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |
| Start 2 Finish Door & Glass / N. Palm Springs, CA | 16643 / 85432-LBE | 01/14/2009 / 05/11/2009 | 9,954.96 / 9,954.96 | 0.00 | ACTIVE |
| Stepion LLC / Kingman, AZ | 27777 / 89679-LBE | 10/29/2009 / 10/29/2009 | 7,954.66 / 7,954.66 | 0.00 | ACTIVE |
| Storm Watch Hurricane / Boca Raton, FL | STO265 / 81560-ADS | 04/18/2008 / 04/18/2008 | 10,308.93 / 10,308.93 | 0.00 | ACTIVE; LITIGATION PENDING |

Status Report

For:  801805 - Arch Aluminum & Glass Co., Inc.

| Debtor Name City, State Forw Account Number | Your Account # Ourfile | Claim Date Last Activity | Amount Placed Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Superior Glass & Mirror Santee, CA 08-35933 | 16319 79496-LBE | 10/03/2007 05/11/2009 | 5,385.83 5,385.83 | 0.00 | ACTIVE; LITIGATION PENDING |
| Sylacauga Glass Company Sylacauga, AL | 1357 85108-RLM | 12/22/2008 11/06/2009 | 3,098.87 248.87 | 2,850.00 | ACTIVE |
| TC's Glass Service, LLC Myrtle Beach, SC | 21762 89603-LBE | 10/05/2009 10/05/2009 | 6,000.00 6,000.00 | 0.00 | ACTIVE |
| Tarheel Glass, Inc. Durham, NC | 19552 90029-BFS | 11/10/2009 11/10/2009 | 3,155.17 3,155.17 | 0.00 | ACTIVE |
| Thatcher Glass Fort Lauderdale, FL 08-1174 | 16104 83789-RLM | 09/16/2008 09/16/2008 | 53,665.81 53,665.81 | 0.00 | ACTIVE; LITIGATION PENDING |
| The Door Guy, Inc. Boise, ID | 22814 90002-RLM | 11/06/2009 11/06/2009 | 5,162.95 5,162.95 | 0.00 | ACTIVE; CO-COUNSEL RETAINED; PLACING IN POSTURE FOR SUIT |
| The Islandoor Company of Fort Lauderdale Fort Lauderdale, FL | 21789 89726-RLM | 10/16/2009 10/16/2009 | 43,535.76 43,535.76 | 0.00 | ACTIVE |
| The Window Company Pompano Beach, FL 7121109 | 23036 87778-RLM | 06/04/2009 06/04/2009 | 25,277.61 25,277.61 | 0.00 | ACTIVE; OUT OF BUS PRIOR TO PLACEMENT ACTIVE; DISPUTED |
| The Yorkshire Leaded Glass Co. Bristol, PA 6-234 | 17097 73364-LBE | 04/20/2006 12/21/2006 | 5,131.14 5,131.14 | 0.00 | ACTIVE |
| Theme Tech Corp. Phoenix, AZ 1533.100 | 14732 83932-LBE | 09/26/2008 05/11/2009 | 4,084.87 4,084.87 | 0.00 | ACTIVE; LITIGATION PENDING |
| Thrifty Glass Co. Colorado Springs, CO | 19130 88354-DAK | 07/14/2009 10/27/2009 | 898.41 598.41 | 300.00 | ACTIVE |
| Tolliver Glass Inc Vincennes, IN | 17835 63253-RLM | 08/07/2008 12/18/2008 | 10,043.12 5,043.12 | 5,000.00 | ACTIVE; LITIGATION PENDING |
| Trademark Glass Service Rougemont, NC 20948.001 | 17498 83518-RLM | 08/28/2008 01/22/2009 | 6,394.39 2,894.39 | 3,500.00 | ACTIVE; LITIGATION PENDING |
| Tri-City Woodworks, Inc. West Palm Beach, FL | TR.202 90223-BFS | 11/23/2009 11/23/2009 | 1,962.86 1,962.86 | 0.00 | ACTIVE |

For:   801806 - Arch Aluminum & Glass Co., Inc.

| Debtor Name / City, State / Firm Account Number | Your Account # / Ourfile | Claim Date / Last Activity | Amount Placed / Balance | Amount Collected | Status Remarks |
|---|---|---|---|---|---|
| Trippe Development / Lawrenceville, GA | 12840 / 85120-BFS | 12/22/2008 / 12/22/2008 | 4,023.56 / 4,023.56 | 0.00 | ACTIVE; LITIGATION PENDING |
| Twin City Creative Mirror / Burnsville, MN / COM04292 | 22603 / 88505-CCK | 09/29/2009 / 09/30/2009 | 137,174.57 / 133,993.57 | 3,181.00 | ACTIVE |
| Twin City Glass/JTW International Glass / Miami Beach, FL / 16318 | 23981 / 88406-RLM | 07/17/2009 / 09/15/2009 | 23,421.92 / 22,662.60 | 759.32 | ACTIVE |
| United Glass Laminating Inc / Hialeah, FL / 137924 | 14867 / 84494-RLM | 11/11/2008 / 09/29/2009 | 31,520.09 / 30,920.09 | 600.00 | ACTIVE; LITIGATION PENDING |
| United Glass Laminating, Inc / Hialeah, FL / A37925 | UGL178-A / 84610-RLM | 11/19/2008 / 09/29/2009 | 19,554.92 / 19,204.92 | 350.00 | ACTIVE; LITIGATION PENDING |
| United Glazing Technology, Inc / Toronto, CN | 1417 / 67634-ADS | 11/19/2004 / 11/12/2009 | 15,047.46 / 8,600.00 | 6,447.46 | ACTIVE; OUT OF BUS PRIOR TO PLACEMENT |
| United Iron Works, Inc / Miami, FL / A33329 | 22844 / 86898-LBE | 04/10/2009 / 10/20/2009 | 56,967.79 / 47,804.59 | 9,163.20 | ACTIVE; SUIT FILED |
| United Widows & Doors, Inc. / Opa Locka, FL | UNI161 / 90222-RLM | 11/23/2009 / 11/23/2009 | 4,157.83 / 4,157.83 | 0.00 | ACTIVE |
| United Windows & Doors, Inc. / Opa Locka, FL | UWI161 / 90221-RLM | 11/23/2009 / 11/23/2009 | 21,524.56 / 21,524.56 | 0.00 | ACTIVE |
| Varsity Glass & Mirror, Inc. / Pompano Beach, FL / 02-037 | 2618 N / 51629-CCK | 01/10/2002 / 02/14/2003 | 127,937.44 / 127,937.44 | 0.00 | ACTIVE; LITIGATION PENDING |
| Verde Valley Glass / Sedona, AZ | 8256 / 88077-RLM | 06/23/2009 / 11/25/2009 | 4,550.36 / 3,350.36 | 1,200.00 | ACTIVE |
| View Windows, Inc. / Miami, FL / A37467 | VIE154 / 76389-DMH | 01/25/2007 / 01/25/2007 | 26,785.66 / 26,785.66 | 0.00 | ACTIVE; LITIGATION PENDING |
| Vista View Glass, LLC / Livonia, MI / 79246 | 17739 / 83154-RLM | 07/30/2008 / 07/30/2008 | 8,217.63 / 8,217.63 | 0.00 | ACTIVE; LITIGATION PENDING |
| Wheelers / Rome, GA | 21089 / 81224-RLM | 02/29/2008 / 02/29/2008 | 55,313.61 / 55,313.61 | 0.00 | ACTIVE; OUT OF BUS PRIOR TO PLACEMENT |

Status Report                                                                 11/30/2009 - 12:30:37   Page   18

For:   801606 - Arch Aluminum & Glass Co., Inc.

| Debtor Name<br>City, State<br>Forw Account Number | Your Account #<br>Our/file | Claim Date<br>Last Activity | Amount Placed<br>Balance | Amount<br>Collected | Status Remarks |
|---|---|---|---|---|---|
| Wilbur Enterprises<br>Miami, FL<br>16665 | 2503<br>59232-RLM | 09/09/2009<br>09/09/2008 | 38,961.66<br>38,961.66 | 0.00 | ACTIVE |
| Xpress Auto Glass<br>Centre, AL<br>141-13 | 7097<br>81221-BFS | 02/29/2008<br>11/09/2009 | 4,225.46<br>3,580.90 | 644.56 | ACTIVE, LITIGATION PENDING |

11/30/09                    KOHNER, MANN & KAILAS, S.C.              13:11:09-11/
                            OPEN CLIENT & MATTER DIRECTORY                    PAG

FROM  0/00/00 TO 99/99/99
CLIENT & MATTER NAME

| CLIENT & MATTER NUMBER & NAME | | | LAWYER | | OP UP |
|---|---|---|---|---|---|
| | 801806 | Arch Aluminum & Glass Co., Inc. | | CCK | 7/ 7/ |
| LB | 71 | Ada Glass & Mirror, Inc. | RPR | DMH | 1/ 1/ |
| | | COL | | | |
| LB | 57 | American Glass & Metals Corporation | RPR | DMH | 8/ 8/ |
| | | COL | | | |
| LB | 39 | Arena Steel | RPR | DMH | 11/ 11/ |
| | | COL | | | |
| DF | 45 | Barnegat Bay Glass 206 | RPR | ADS | 2/ 2/ |
| | | COL | | | |
| LB | 62 | Bolin Real Estate Management | RPR | DMH | 9/ 9/ |
| | | COL | | | |
| CL | 50 | Centrack Mirrors & Glass, Inc. 12478/2921 | RPR | CCK | 5/ 5/ |
| | | COL | | | |
| LB | 66 | City Glass and Mirror | RPR | DMH | 11/ 11/ |
| | | COL | | | |
| LB | 67 | Dependable Glass and Mirror | RPR | DMH | 12/ 12/ |
| | | COL | | | |
| | 4 | General Matters | RPR | MPG | 6/ 6/ |
| | | COL | | | |
| LB | 65 | Griffin Glass, Inc. | RPR | DMH | 11/ 10/ |
| | | COL | | | |
| DF | 20 | Gulfcoast Door & Glass, Inc. 6441N | RPR | CCK | 7/ 7/ |
| | | COL | | | |
| DF | 26 | J.H.S. Storefront Supply, Inc. 10663 | RPR | CCK | 6/ 5/ |
| | | COL | | | |
| LB | 37 | Jerrico General Contractor, Inc. | RPR | DMH | 10/ 10/ |
| | | COL | | | |
| LB | 42 | Johnson Equipment Company | RPR | DMH | 12/ 12/ |
| | | COL | | | |
| MS | 52 | Koch Center at Deerfield Academy | RPR | ATP | 6/ 6/ |
| | | COL | | | |
| LB | 77 | KNZ Construction Inc. | RPR | DMH | 7/ 7/ |
| | | COL | | | |
| LB | 78 | Lowery's Storefront & Glass, LLC | RPR | DMH | 11/ 11/ |
| | | COL | | | |

```
11/30/09                    KOHNER, MANN & KAILAS, S.C.              13:11:09-11/
                            OPEN CLIENT & MATTER DIRECTORY                    PAG
FROM  0/00/00 TO 99/99/99
CLIENT & MATTER NAME


                                                                          OP
                                                                          UP
CLIENT & MATTER NUMBER & NAME                          LAWYER            -----
-------------------------------------------------------------------------
      801806  Arch Aluminum & Glass Co., Inc.                        .../CONT
LB      74    Magnatex, Inc.                         RPR   DMH            4/
                                                                         4/
              COL
DF      72    Novum Structures, LLC                  RPR   RMJ            3/
                   10850                                                 10/
              LWI
DF      63    Old Iron Doors West, Ltd.              RPR   RLM            9/
                   13268                                                 9/
              COL
LB      73    Phoenix Caulking                       RPR   DMH            3/
                                                                         3/
              COL
LB      51    S. Stafford Glass & Mirror             RPR   DMH            5/
                   18156                                                 5/
              COL
LB      69    Stanley Schultze & Co., Inc.           RPR   DMH            1/
                                                                        12/
              COL
```

11/30/09                    KOHNER, MANN & KAILAS, S.C.              13:11:34-11/
                            OPEN CLIENT & MATTER DIRECTORY                    PAG

FROM  0/00/00 TO 99/99/99
CLIENT & MATTER NAME

                                                                             OP
CLIENT & MATTER NUMBER & NAME                        LAWYER                   UP
--------------------------------------------------------------------------   ---
   803013  Arch Aluminum & Glass Co., Inc.               ADS                  6/
                                                                             6/
DF     1  Polvado Glass Company Inc.                 RPR ADS                  6/
                    P104                                                      6/
           COL

```
11/30/09                    KOHNER, MANN & KAILAS, S.C.              13:11:37-11/
                            OPEN CLIENT & MATTER DIRECTORY                    PAG
FROM  0/00/00 TO 99/99/99
CLIENT & MATTER NAME
```

|       |        | CLIENT & MATTER NUMBER & NAME                                | LAWYER |     | OP UP |
|-------|--------|--------------------------------------------------------------|--------|-----|-------|
|       | 803371 | AWP, LLC, dba Yale Ogron Window & Door Sales, LLC            |        | DMH | 10/ 9/ |
| LB    | 8      | Atlas Development and Construction Co.                       | RPR    | DMH | 8/ 8/ |
|       |        | COL                                                          |        |     |       |
| LB    | 7      | Cyclone Control Windows, LLC                                 | RPR    | DMH | 4/ 4/ |
|       |        | COL                                                          |        |     |       |
| LB    | 6      | La Bella Vista, LLC                                          | RPR    | DMH | 11/ 10/ |
|       |        | COL                                                          |        |     |       |
| LB    | 5      | Natural Sales, Inc.                                          | RPR    | DMH | 5/ 4/ |
|       |        | COL                                                          |        |     |       |
| LB    | 4      | Stormproof Windows & Doors, Inc.                            | RPR    | DMH | 4/ 3/ |
|       |        | COL                                                          |        |     |       |
| DF    | 1      | View Windows, Inc.                                          | RPR    | DMH | 10/ 9/ |
|       |        | VIE154                                                       |        |     |       |
|       |        | COL                                                          |        |     |       |

```
11/30/09                    KOHNER, MANN & KAILAS, S.C.              13:11:44-11/
                          OPEN CLIENT & MATTER DIRECTORY                      PAG

FROM  0/00/00 TO 99/99/99
CLIENT & MATTER NAME

                                                                              OP
                                                                   LAWYER     UP
CLIENT & MATTER NUMBER & NAME                                   
------------------------------------------------------------------------------
   803601  Arch Canada ULC, d/b/a Trulite Industries            DMH  DMH      6/
                                                                              6/
LB    2  Phoenix Glazing, Inc.                                  RPR  DMH      8/
                                                                              8/

          COL
```

## Section 3.06

## Compliance with Laws

None.

## Section 3.07

### Environmental Matters

**A.    Material Environmental Site Assessment Reports and Audit Reports**

**W1: Tamarac, FL**

1. Letter from GaiaTech, Inc., dated June 25, 2009 regarding reporting obligations for Indianapolis, IN, Tamarac, FL, and Orlando, FL.

2. Quarterly Water Monitoring Report by Florida Spectrum Environmental Services, Inc., dated May 28, 2009.

3. Hazardous Material Management Facility Inspection Report with inspection date of March 19, 2009.

4. Quarterly Water Monitoring Report by Florida Spectrum Environmental Services, Inc., dated March 15, 2009.

5. Quarterly Water Monitoring Report by Florida Spectrum Environmental Services, Inc., dated December 3, 2008.

6. Industrial User Inspection Checklist dated October 30, 2008 by Broward County Waste Water Operation Division.

7. Quarterly Water Monitoring Report by Florida Spectrum Environmental Services, Inc., dated September 4, 2008.

8. Quarterly Water Monitoring Report by Florida Spectrum Environmental Services, Inc., dated June 15, 2008.

9. Quarterly Water Monitoring Report by Florida Spectrum Environmental Services, Inc., dated March 15, 2008.

10. Industrial User Inspection Checklist dated January 18, 2008 by Broward County Waste Water Operation Division.

11. Quarterly Water Monitoring Report by Florida Spectrum Environmental Services, Inc., dated November 27, 2007.

12. Quarterly Water Monitoring Report by Florida Spectrum Environmental Services, Inc., dated September 4, 2007.

13. Quarterly Water Monitoring Report by Florida Spectrum Environmental Services, Inc., dated May 17, 2007.

14. Quarterly Water Monitoring Report by Florida Spectrum Environmental Services,

25

Inc., dated February 26, 2007.

15. Quarterly Water Monitoring Report by Florida Spectrum Environmental Services, Inc., dated February 23, 2007.

16. Revised Quarterly Water Monitoring Report by Florida Spectrum Environmental Services, Inc., faxed December 13, 2006.


## W04 – Orlando, FL

1. Letter from GaiaTech, Inc., dated June 25, 2009 regarding reporting obligations for Indianapolis, IN, Tamarac, FL, and Orlando, FL.

## W15: Kansas City, KS

1. Letter from Wyandotte County and Kansas City dated September 1, 2009 awarding a Gold Pretreatment Compliance Award from the Kansas Water Environment Association to facility.

2. No Process Discharge Certification dated February 17, 2009.

## W16 – Bettendorf, IA

1. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated October 2009 by Rich Kluk.

2. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated September 2009 by Rich Kluk.

3. Letter from Preston Engineering, Inc., dated September 8, 2009, enclosing Semiannual Title V Report for Arch Mirror North.

4. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated August 2009 by Rich Kluk.

5. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated July 2009 by Rich Kluk.

6. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated June 2009 by Rich Kluk.

7. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. for May 2009 by Gil Garrett.

8. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated April 2009 by Rich Kluk.

9.  Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated March 2009 by Rich Kluk.

10. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated February 2009 by Rich Kluk.

11. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated January 2009 by Rich Kluk.

12. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated December 2008 by Rich Kluk.

13. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated November 2008 by Rich Kluk.

14. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated October 2008 by Rich Kluk.

15. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated September 2008 by Rich Kluk.

16. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated August 2008 by Rich Kluk.

17. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated July 2008 by Rich Kluk.

18. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated June 2008 by Rich Kluk.

19. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated May 2008 by Rich Kluk.

20. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated April 2008 by Rich Kluk.

21. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated March 2008 by Rich Kluk.

22. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated February 2008 by Rich Kluk.

23. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated January 2008 by Rich Kluk.

24. 2008 Section 313 Filing with the U.S. Environmental Protection Agency.

25. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated

December 2007 by Rich Kluk.

26. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated November 2007 by Rich Kluk.

27. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated October 2007 by Rich Kluk.

28. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated September 2007 by Rich Kluk.

29. Letter from Preston Engineering, Inc., dated August 14, 2007, enclosing Semiannual Title V Report for Arch Mirror North.

30. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated August 2007 by Rich Kluk.

31. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated July 2007 by Rich Kluk.

32. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated June 2007 by Kurt Carlson.

33. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated May 2007 by Kurt Carlson.

34. Industrial Monthly Summary Reporting Form for Aluminum Glass & Co., Inc. dated April 2007 by Kurt Carlson.

35. 2007 Section 313 Filing with the U.S. Environmental Protection Agency.

36. 2006 Section 313 Filing with the U.S. Environmental Protection Agency.

**W17 – Ft. Pierce, FL**

1. Self-Monitoring Report Reminders Checklist for Permit No. 05 from May 2009 to August 2009, dated September 14, 2009.

2. Self-Monitoring Report Reminders Checklist for Permit 05 from January 2009 to April 2009, dated May 8, 2009.

3. Letter from Preston Engineering, Inc., dated February 12, 2009 and enclosed Semiannual Title V Report for Arch Mirror South.

4. 2008 Section 313 Filing with the U.S. Environmental Protection Agency.

5. 2008 Annual Toxic Release Inventory Section 313 Filing with the Florida

28

Emergency Response System.

6. 2007 Title V Statement of Compliance and Responsible Official notification Form with the Florida Department of Environmental Protection.

7. 2007 Annual Toxic Release Inventory Section 313 Filing with the Florida Emergency Response System.

8. 2006 Annual Operating Report for an Air Pollutant Emitting Facility by the Florida Department of Environmental Protection.

9. 2006 Section 313 Filing with the U.S. Environmental Protection Agency.

**W18 – Newark, CA (Vacated)**

1. Letter dated December 5, 2007 from GaiaTech, Inc., describing results of Limited Groundwater and Soil Investigation.

**W20 – Youngsville, NC**

1. Phase I Environmental Site Assessment, prepared for Arch Aluminum Glass & Glass Company, Inc., by GaiaTech, Inc., dated November 2007.

**W28 – Miami, FL**

1. Industrial Waste Operating Report and Composite Sampling Report dated November 13, 2009 for October 2009.

2. Industrial Waste Operating Report and Composite Sampling Report dated October 14, 2009 for September 2009.

3. Industrial Waste Operating Report and Composite Sampling Report dated September 14, 2009 for August 2009.

4. Industrial Waste Operating Report and Composite Sampling Report dated August 13, 2009 for July 2009.

5. Industrial Waste Operating Report and Composite Sampling Report dated July 14, 2009 for June 2009.

6. Industrial Waste Operating Report and Composite Sampling Report dated June 10, 2009 for May 2009.

7. Industrial Waste Operating Report and Composite Sampling Report dated May 14, 2009 for April 2009.

8. Industrial Waste Operating Report and Composite Sampling Report dated April

13, 2009 for March 2009.

9. Letter to Miami Department of Environmental Resources Management dated February 10, 2009, enclosing Composite Sampling Report and Industrial Waste Operating Report Forms for January 2009.

10. Letter to Miami Department of Environmental Resources Management dated December 16, 2008, enclosing revised Industrial Waste Operating Report Forms for September and October 2008

11. Letter to Miami Department of Environmental Resources Management dated December 12, 2008, enclosing Industrial Waste Operating Report Form for November 2008.

12. Laboratory Report from Palm Beach Environmental Laboratories, Inc., dated December 9, 2008.

13. Facsimile transmission to Miami Department of Environmental Resources Management dated November 17, 2008, consisting cover sheet and Industrial Waste Operating Report Form for October 2008.

14. Industrial Waste Operating Report and Composite Sampling Report dated October 14, 2008 for September 2008.

15. Phase I Environmental Site Assessment dated February 14, 2005 by RT Environmental Services.

## W32 – Magnolia, TX

1. Update to Phase I Environmental Site Assessment, prepared for Arch Aluminum Glass & Glass Company, Inc., by GaiaTech, Inc., dated January 19, 2007.

## W33 – Grand Prairie

1. Phase I Environmental Site Assessment, prepared for Arch Aluminum & Glass Co. Inc., by GaiaTech, Inc., dated March 2005.

## W34 – Salt Lake City, UT

1. Phase I Environmental Site Assessment, prepared for Arch Aluminum Glass & Glass Company, Inc., by GaiaTech, Inc., dated August 2005.

## W35 – Ft. Worth, TX

1. Draft Phase I Environmental Site Assessment, prepared for Arch Aluminum Glass & Glass Company, Inc., by GaiaTech, Inc., dated November 2005.

## W37 – Garland, TX

1. Phase I Environmental Site Assessment, prepared for Arch Aluminum Glass & Glass Company, Inc., by GaiaTech, Inc., dated March 2005.

## W41 - Tulsa, OK

1. Phase I Environmental Site Assessment, prepared for Arch Aluminum Glass & Glass Company, Inc., by GaiaTech, Inc., dated April 2008.

**B.    Material Environmental Permits Not Obtained**

None.

**C.    Notice of Environmental Liability**

1. See Section 3.05 of the Disclosure Schedule.

2. W07 – Bridgeport, NJ

   a. Letter of No Further Action from New Jersey Bureau of Risk Management, Initial Notice, and Case Assignment dated January 25, 2005.

   b. Remediation Agreement In the Matter of the Bridgeport Site Arch Aluminum & Glass Company, Inc. and Liberty Venture LLP, ISRA Case #20040425 dated September 29, 2004 between New Jersey Department of Environmental Protection and AAG Holdings, Inc.

3. W18: Newark, CA (Vacated)

   a. Letter dated February 17, 2009 from Jackie Audette to the California Regional Water Control Quality Board describing termination of lease in question and compliance with Consent Agreement dated September 28, 2007.

   b. Notice of Violation from the California Regional Water Control Quality Board dated February 11, 2009.

   c. Letter dated October 1, 2007 from U.S. Environmental Protection Agency confirming compliance with Consent Agreement and closing of EPCRA -- 09-2007-0032.

   d. Letter dated September 28, 2007 from U.S. Environmental Protection Agency enclosing executed Consent Agreement dated September 28, 2007 for EPCRA – 09-2007-0032.

**D.**    **Release of Hazardous Material**

None, except as set forth in Section 3.05 of the Disclosure Schedule and (A) and (C) of this Section.

**E.**    **Hazardous Materials in Purchased Assets**

None, except as set forth in Section 3.05 of the Disclosure Schedule and (A) and (C) of this Section.

## Section 3.08

### Intellectual Property

**A.  Internet Domain Names**

1. archcpv.com

2. archparabolic.com

3. archsolarmirror.com

4. solar-command.com

5. solar-command.net

6. solarcommand.net

7. solarconcentratorinfo.com

8. solarmirrorinfo.com

9. archaluminum-solar.com

10. archsolar.net

11. hurricanecodes.com

12. supremeshower.com

13. sumiglass.com

14. awpgreen.com

15. gotaluminum.net

16. allglassentrances.com

17. awpllc.com

18. archextrusions.com

19. archwindowproducts.com

20. awp-llc.com

21. awp-llc.net

22. awpinfo.com

23. archgreen.com

24. archaluminum.net

25. archaluminum.org

26. archdecoglass.com

27. archaluminum.com

B. **Fictitious Names**

| **Fictitious Names** | **Status** |
|---|---|
| Arch Tempered Glass Products | Renewed with the Florida Department of State on June 22, 2009 with Renewal No. G09000124707. Valid until December 31, 2014. |
| Arch Safety Glass | Renewed with the Florida Department of State on June 22, 2009 with Renewal No. G09000124709. Valid until December 31, 2014. |
| Arch Mirror South | Renewed with the Florida Department of State on June 22, 2009 with Renewal No. G09000124710. Valid until December 31, 2014. |

C. **Registered Copyrights**

| NUMBER/TITLE | TX5594733 Glass price list |
|---|---|
| OWNER | Arch |
| CLASS | TX (Textual Works) |
| RETRIEVAL CODE | B (Monographic Works of a Non-dramatic Literary Nature) |
| STATUS | Registered February 13, 2002 |
| CREATED | 2000 |
| PUBLICATION DATE | July 24, 2000 |
| REGISTRATION DEPOSIT | 22 p. |
| MISCELLANEOUS | C.O. corres |

| NUMBER/TITLE | TX5553987 |
|---|---|

34

| | Metal price list, February 1998 |
|---|---|
| OWNER | Arch |
| CLASS | TX (Textual Works) |
| RETRIEVAL CODE | B (Monographic Works of a Non-dramatic Literary Nature) |
| STATUS | Registered February 13, 2002 |
| CREATED | 1998 |
| PUBLICATION DATE | February 28, 1998 |
| REGISTRATION DEPOSIT | Sheet |

## D. Pending Copyrights

None.

## E. Registered Patents

| Serial No. | Patent No. | Title | Country/Type | Status | Filing Date | Issue Date |
|---|---|---|---|---|---|---|
| 10/404,637 | n/a | System for mounting a laminate | U.S. Utility | Abandoned | 04/03/2003 | n/a |
| 11/530,683 | n/a | Insulated bullet resistant glass | U.S. Utility | Abandoned | 09/11/2006 | n/a |
| PCT/US07/076713 | n/a | Insulated bullet resistant glass | U.S. Utility | Abandoned | 08/24/2007 | n/a |

## F. Pending Patents

| Serial No. | Patent No. | Title | Country/Type | Status | Filing Date | Issue Date |
|---|---|---|---|---|---|---|

35

| | | | | | | |
|---|---|---|---|---|---|---|
| PCT/US08/079342 | n/a | Method and apparatus for producing ceramic frit-coated glass | U.S. Utility | Pending | 10/09/2008 | n/a |
| PCT/US12/553,598 | n/a | Process and associated devices for manufacture of solar collectors and concentrators. | U.S. Utility | Pending | 10/3/2009 | n/a |
| 61/238,456 | n/a | Mirrored solar panel | U.S. Provisional | Pending | 08/31/2009 | n/a |

### G. Registered Trademarks

| CO. | TRADEMARK | COUNTRY | STATUS | APP NO. | FILE | REGNO | REG |
|---|---|---|---|---|---|---|---|
| Arch | AMARLITE | UNITED STATES | REGISTERED | 71/583,461 | 08/15/1949 | 543,004 | 05/29/2001 |
| Arch | ARCH ALUMINUM & GLASS CO., INC. & Design | CANADA | REGISTERED | 1,171,938 | 03/21/2003 | 683819 | 03/16/2007 |
| Arch | ARCH ALUMINUM & GLASS CO., INC. & Design | MEXICO | REGISTERED | 596827 | 04/11/2003 | 796604 | 06/25/2003 |
| Arch | ARCH ALUMINUM & GLASS CO., INC. & Design | UNITED STATES | REGISTERED | 76/499,778 | 03/24/2003 | 2,833,978 | 04/20/2004 |
| Arch | ARCH ARMOR BACK | UNITED STATES | REGISTERED | 76/368,002 | 02/07/2002 | 2,845,631 | 05/25/2004 |

| | MIRROR & Design | | | | | | |
|---|---|---|---|---|---|---|---|
| Arch | ARCH DECO GLASS | CANADA | REGISTERED | 1201262 | 12/09/2003 | 678060 | 12/01/2006 |
| Arch | ARCH DECO GLASS | MEXICO | REGISTERED | 633678 | 12/10/2003 | 823871 | 02/27/2004 |
| Arch | ARCH DECO GLASS | UNITED STATES | REGISTERED | 76/647701 | 09/30/2005 | 3,175,880 | 11/28/2006 |
| Arch | ARCH DECO GLASS & DESIGN | CANADA | REGISTERED | 1273792 | 09/28/2005 | 678165 | 12/05/2006 |
| Arch | ARCH DECO GLASS & DESIGN | MEXICO | REGISTERED | 742380 | 09/29/2005 | 931651 | 04/27/2006 |
| Arch | ARCH DECO GLASS & DESIGN | UNITED STATES | REGISTERED | 76/647701 | 09/30/2005 | 3,175,880 | 11/28/2006 |
| Arch | ARCH RESISTOR IMPACT SERIES | UNITED STATES | REGISTERED | 76/491,113 | 02/19/2003 | 3,006,213 | 10/11/2005 |
| Arch | ARCH RESISTOR IMPACT SERIES & Design | UNITED STATES | REGISTERED | 76/504,369 | 04/08/2003 | 3,218,388 | 03/13/2007 |
| Arch | ARCH VIEW | MEXICO | REGISTERED | 740865 | 09/22/2005 | 978914 | 03/28/2007 |
| Arch | CRYSTAL FROST | UNITED STATES | REGISTERED | 76/577,484 | 02/25/2004 | 3,142,594 | 09/12/2006 |
| Arch | CUBE | UNITED STATES | REGISTERED | 76/577,482 | 02/25/2004 | 3,145,522 | 10/10/2006 |

| Arch | FORMED IN THE EYE OF THE STORM | UNITED STATES | REGISTERED | 76/491,111 | 02/19/2003 | 3,006,212 | 10/11/2005 |
|------|------|------|------|------|------|------|------|
| Arch | IFG 5000 | UNITED STATES | REGISTERED | 76/573,107 | 01/30/2004 | 3,018,333 | 11/22/2005 |
| Arch | IMPACT VIEW | UNITED STATES | REGISTERED | 76/670,456 | 12/18/2006 | 3,383,748 | 02/19/2008 |
| Arch | IMPACT VIEW & Design | UNITED STATES | REGISTERED | 76/670,457 | 12/18/2006 | 3,383,749 | 02/09/2008 |
| Arch | MIST | UNITED STATES | REGISTERED | 76/577,485 | 02/25/2004 | 3,142,595 | 09/12/2006 |
| Arch | MIST STRIPES | UNITED STATES | REGISTERED | 76/577,481 | 02/25/2004 | 3,142,592 | 09/12/2006 |
| Arch | STORM | UNITED STATES | REGISTERED | 76/577,483 | 02/25/2004 | 3,142,593 | 09/12/2006 |
| Arch | SUMIGLASS | CANADA | REGISTERED | 0688673 | 08/30/1991 | 409,135 | 03/05/1993 |
| Arch | SUMIGLASS | UNITED STATES | REGISTERED | 74/169,516 | 05/23/1991 | 1,722,970 | 10/06/1992 |
| Arch | VISUAL BY ARCH DECO GLASS | MEXICO | REGISTERED | 833697 | 01/31/2007 | 978806 | 03/27/2007 |
| Arch | VISUAL BY ARCH DECO GLASS | UNITED STATES | REGISTERED | 76/668,916 | 11/13/2006 | 3,602,922 | 04/07/2009 |
| Arch | WEST PALM SERIES | UNITED STATES | REGISTERED | 76/668,207 | 10/27/2006 | 3,267,127 | 07/24/2007 |
| Arch | YOUR TRUE SINGLE SOURCE | CANADA | REGISTERED | 1,201,264 | 12/09/2003 | 625,535 | 11/16/2004 |

| Arch | YOUR TRUE SINGLE SOURCE | UNITED STATES | REGISTERED | 76/564,149 | 12/09/2003 | 2,908,067 | 12/07/2004 |
| Arch | ARMOR BACK | UNITED STATES | REGISTERED (SCHEDULED TO LAPSE ON ON1/20/2010) | 76/366,885 | 02/05/2002 | 2,807,183 | 01/20/2004 |
| Arch | ARCHVIEW | | USED AS A COMMON-LAW TRADEMARK | | | | |

## H. Pending Trademarks

| CO. | TRADEMARK | COUNTRY | STATUS | APPNO | FILE |
|-----|-----------|---------|--------|-------|------|
| Arch | SOLAR COMMAND | UNITED STATES | PENDING | 76/544,561 | 09/12/2003 |

## I. Trade Names

1. Archview

2. Arch Mirror North

39

## Section 3.09(a)

### Real Property Interests

None.

## Section 3.10

## Employee Plans

**A. Employee Benefit Plans**

1. Arch Aluminum and Glass Co., Inc., Employee Welfare Benefits Plan (Includes medical, life, and dental plans).

    a. Reliance Standard Policy No. GL 145008 (Basic Life Insurance and AD&D; policy expires on December 31, 2009, and benefits provided under it will thereafter be provided by Sun Life Assurance Company of Canada Policy No. 211414).

    b. Blue Cross and Blue Shield of Mississippi Policy No. 25975 (Medical insurance for W-22 – Jackson, MS employees).

    c. United Concordia Policy No. 5830742000 (Dental insurance for W-22 – Jackson, MS employees).

    d. United Healthcare Insurance Company Policy No. 708325 (Self-insured medical program that includes Choice HMO and Choice High Deductible/Health Savings Account plans).

    e. United Healthcare Insurance Company Policy No. 300460 (Administration fees for self-insured medical program and fully insured dental premium).

    f. Sun Life Assurance Company of Canada Policy No. 89777 (Stop-loss policy).

    g. Arch Aluminum Employee Welfare Benefit Trust Agreement (Unfunded trust adopted by the Board, but never funded or used to hold plan assets).

2. Arch Aluminum and Glass Co., Inc., 401(k) Plan with assets held by Fidelity Investments, Account No. 49204 (401(k) Program).

3. AFLAC Insurance, Policy No. KB396 (Supplemental policies fully paid-for by employees).

4. Principal Life Insurance Policy No. 3020185 (Long Term Disability for Executives and Branch and Plant managers).

5. Lincoln National Policy No. 389685 (Long-Term Disability for Executives and Branch and Plant Managers).

6. Amended and Restated AAG Holdings, Inc., 2004 Stock Incentive Plan.

7. Any severance payment due to Leon Silverstein in connection with the Employment and Confidentiality Agreement disclosed in Section 3.12(a)(I) of the Disclosure Schedule.

**B. Material Contracts**

See Employment Agreements listed as Section 3.12(a)(I) of the Disclosure Schedule.

**Section 3.10(b)**

**Employee Plan Compliance**

Employees of HHH Architectural Tempering Systems, Inc. ("HHH") participate in the Arch Aluminum and Glass Co., Inc. Employee Welfare Benefits Plan ("Plan").  This determination has not been questioned or challenged; however, the determination is not certain. Arch Aluminum and Glass Co., Inc., has concluded that HHH is with Arch Aluminum and Glass Co., Inc's group, and the employees of HHH have participated in the Plan as such.

In addition, HHH employees participated in the Arch Aluminum and Glass Co. Inc., 401(k) plan ("401(k) Plan") from July 2004 until December 31, 2005.  Again, this determination has not been questioned or challenged; however, the determination is not certain. Arch Aluminum and Glass Co., Inc., has concluded that HHH is with Arch Aluminum and Glass Co., Inc's group, and the employees of HHH have participated in the 401(k) Plan as such.

## Section 3.10(f)

### Accelerated Stock Option Vesting

1. Stock options granted under the Amended and Restated AAG Holdings, Inc., 2004 Stock Incentive Plan will become fully vested.

## Section 3.11

### Taxes

To the Knowledge of Sellers, they are the subject of audits in progress only as described in the chart below:

| Tax Authority | Seller to be Audited | Tax at Issue | Reference Number |
|---|---|---|---|
| State of California, State Board of Equalization | Received for Trident Consolidated, Inc. | California Sales Tax | SR AP 024-607163 |
| Miami-Dade County | Arch | County Property Tax | Folio #40-109728 |
| State of California, State Board of Equalization | Arch | California Sales Tax | SRZ OHA 97-860753 |
| San Joaquin County | Received for Trident Consolidated, Inc. | County Property Tax | None given. |

45

### Section 3.12(a)

**Material Contracts**

Those agreements marked with a * contain language restricting assignment.

**A. Customer Agreements**

  This subsection contains confidential information.

**B. Research Agreements**

  This subsection contains confidential information.

**C. Agreements for Supplies**

  This subsection contains confidential information.

**D. Agreements for Services**

1. Letter Agreement dated August 28, 2009 between PMCM, LLC, and Arch Aluminum & Glass Co., Inc., and Its Affiliates.

2. Single-Customer Semi-Annual Preventative Maintenance Contract dated June 12, 2009 between EleLift LLC and Arch Aluminum.

3. Fee for Services Agreement dated April 28, 2009 between Arch Aluminum & Glass Co., Inc. and Southeast Series of Lockton Companies, LLC.*

4. Verizon Business Services Agreement dated December 24, 2008 between Verizon Business Network Services, Inc., and Arch Aluminum and Glass Co., Inc.*

5. Advertising Contract between Arch Aluminum and Glass Co., Inc., and US Glass Magazine dated October 28, 2008.

6. Verizon Wireless Major Account Agreement dated September 23, 2008 between Verizon Wireless Personal Communications LP and Arch Aluminum and Glass Co., Inc.*

7. Network Services Agreement and Addendure with an effective date of March 5, 2008 between Sterling Commerce America and Arch Aluminum and Glass Co., Inc.*

8. Preliminary Basis of Representation dated November 27, 2007 between Mahoney and Associates, Inc., and Arch Aluminum and Glass Co., Inc., as amended by an undated Addendum A and by Exhibit B – MHealth Services dated July 31, 2008.

9. Master Service Agreement dated March 1, 2006 between Waste Management National Services, Inc., and Arch Aluminum and Glass, Inc.

10. T-Mobile Service Agreement between T-Mobile and Arch Aluminum and Glass Co. Inc. dated June 26, 2003, as amended from time to time now to expire on October 3, 2010.*

## E. Agreements for Information Technology and Support

1. Intersourcing Service Model Agreement with effective date of December 24, 2008 between the Ultimate Software Group, Inc., and Arch Aluminum and Glass Company, Inc.*

2. Stromberg Agreement and Addendum dated September 1, 2006 between Paychex Time & Attendance, Inc., and Arch Aluminum.

1. Microsoft Business and Service Agreement No. U8903138 executed July 16, 2007 between Microsoft Licensing, GP, and Arch Aluminum and Glass.*

2. Microsoft Enterprise Agreement No. 01E67894 executed July 16, 2007 between Microsoft Licensing, GP, and Arch Aluminum Glass.*

3. Microsoft Enterprise Enrollment, Enterprise Agreement No. 01E67894 with Enrollment No. 3423138 executed July 16, 2007 between Microsoft Licensing, GP, and Arch Aluminum and Glass Co., Inc.

4. Order Agreement between Cognos Corporation and Arch Aluminum Glass and Co., Inc., dated November 30, 2006.*

5. Executed Proposal for Arch Aluminum and Glass, Inc., dated June 26, 2006 between ImageTag, Inc., and Arch Aluminum and Glass Inc., together with Non-Disclosure Agreement dated May 19, 2006 and including System Support Agreement described in the Executed Proposal, last renewed by payment of invoice dated August 29, 2008.*

6. Order Agreement between Cognos Corporation and Arch Aluminum Glass and Co., Inc., dated February 28, 2006.*

7. Proposal for Arch Aluminum and Glass by EPAC Software Technologies, Inc., dated January 30, 2007, including Software Support and Maintenance Agreement, last renewed with payment of invoice dated November 1, 2008.

8. Agreement beginning 2006 between EPICS and Arch Aluminum, including Annual Software Service Policy between Foy Inc., and Arch Aluminum & Glass Co., last renewed with payment of invoice dated January 6, 2008.

9. Agreement between Numara Software Inc., and Arch Aluminum & Glass Co., Inc., including Numara Maintenance and Support Plan last renewed with payment of invoice dated November 25, 2008.[†]

10. Order Agreement between Cognos Corporation and Arch Aluminum Glass and Co., Inc., dated August 19, 2005.*

11. Resale, Maintenance and Support Agreement between Fullscope, Inc. and Arch Aluminum and Glass Company, dated May 3, 2004.

12. International Program License Agreement and Addendum to International Program License Agreement between Microsoft Business Solutions ApS and Arch Aluminum and Glass Co., Inc., dated May 3, 2004.*

13. Master Lease Agreement dated October 15, 2003 between GATX Technology Services Corporation and Arch Aluminum and Glass Co., Inc.*

## F. Vehicle and Equipment Leasing Agreements

1. Those vehicles show on the rosters attached, which are leased under the following contracts:

   a. Vehicle Lease Agreement dated March 25, 2009 between Lauderdale Imports Ltd. and Arch Aluminun & Glass.[+]

   b. Motor Vehicle Lease Agreement dated March 9, 2009 between Vista Motors of North Broward and Arch Aluminum and Glass Co., Inc.[+]

   c. Vehicle Lease and Service Agreement dated August 14, 2008 between MHC Truck Leasing, Inc., and Arch Aluminum and Glass Co., Inc., as amended by Addendum to the Vehicle Lease Service Agreement dated September 16, 2008.*

   d. SignatureLEASE dated October 8, 2007 between Sawgrass Infiniti and Arch Aluminum & Glass Co.[+]

   e. Vehicle Maintenance Agreement between Penske Truck Leasing Co., L.P., and Arch Aluminum and Glass Co., Inc., dated November 29, 2006.*

   f. Vehicle Lease Agreement and Amendment #1, both dated July 1, 2005 between Lease Plan U.S.A., Inc., and Arch Aluminum & Glass Co.*

   g. Corporate Service Agreement effective on February 2, 2005 between National Rental, Inc. and Arch Aluminum and Glass Co., Inc.[+]

   h. Vehicle Lease Service Agreement dated March 22, 2001 between Penske Truck Leasing Co., L.P., and Arch Aluminum & Glass Co., Inc., as amended by Vehicle Lease Service Agreement Schedule "A" dated December 19, 2002.*

   i. Master Motor Vehicles Agreement dated April 23, 1999 between Union Leasing, inc., and Arch Aluminum & Glass Co., Inc.*

j.   Truck Lease and Service Agreement dated February 17, 1995 between Ryder Truck Rental, Inc., and Arch Aluminum & Glass Co., Inc., as amended by Amendment to Schedule "A" dated September 30, 2004.*

k.   Truck Lease and Service Agreement dated February 17, 1995 between Ryder Truck Rental, inc., and Glass Co. Industries, LLC, as assigned to Arch Aluminum and Glass Company, Inc., through Assignment of Truck Lease and Service Agreement dated March 20, 2005.*

l.   Programmed Maintenance Agreement dated August 24, 1989 between Ryder Truck Rental, Inc., and Arch Aluminum & Glass Co., Inc.*

2.   Equipment leases

a.   Master Lease Agreement dated November 24, 2008 between NHMG Financial Services, Inc., and Arch Aluminum & Glass Co., Inc.*

   i.   Equipment Schedule No. 001 dated November 24, 2008 between NHMG Financial Services, Inc., and Arch Aluminum & Glass Co., Inc.

   ii.   Equipment Schedule No. 002 dated January 29, 2009 between NHMG Financial Services, Inc., and Arch Aluminum & Glass Co., Inc.

b.   Single Sided Lease Agreement dated May 29, 2007 between Greater Bay Capital and Arch Aluminum & Glass Co., Inc., for Raymond Reach Truck EASI-4D.*

c.   Single Sided Lease Agreement dated May 29, 2007 between Greater Bay Capital and Arch Aluminum & Glass Co., Inc., for two Tusk Forklifts 1000CGB.*

d.   Master Equipment Lease Agreement dated December 12, 2003 between Citizens Leasing Corporation and Arch Aluminum and Glass Co., Inc., for equipment used at W1 – Tamarac, FL, as amended with Lease Line Schedule No. 2 dated as of September 12, 2004.*

e.   Master Equipment Lease Agreement dated December 12, 2003 between Citizens Leasing Corporation and Arch Aluminum and Glass Co., Inc., for equipment used at W30 – Phoenix, AZ.*

f.   Master Lease Agreement dated October 16, 2003 between Greater Bay Capital and Arch Aluminum & Glass Co., Inc.*

   i.   Equipment Lease Schedule dated January 2, 2007 between Greater Bay Capital and Arch Aluminum & Glass Co., Inc., for Komatsu Forklift FG45BCS.

+ As we have not been able to obtain complete copies of those contracts marked with a + in this Section 3.12(a)(E) and (F) of the Disclosure Schedule, we are unable to determine their assignability.

49

### G. Real Property Leases and Agreements

1. <u>Leases for Real Property</u>

**<u>W01 – Tamarac, FL</u>**\*

| **Landlord information** | **Tenant information** |
|---|---|
| Silverstein Enterprises Inc | Arch Aluminum & Glass Co., Inc. |
| 10200 NW 67th Street | 10151 NW 67th Street |
| Tamarac, FL 33321 | Tamarac, FL 33321 |

*Original Lease Agreement executed April 3, 2003*
- *Landlord Waiver executed on September 17, 2004*

**<u>W04 – Orlando, FL</u>**\*

| **Landlord information** | **Tenant information** |
|---|---|
| Stanley B. Hanin | Arch Aluminum & Glass Company, Inc. |
| PO Box 915258 | 3320 Maggie Blvd |
| Longwood, FL 32791 | Orlando, FL 32811 |
| Contact att'y:  Aaron J. Gorovitz | |
| 215 N. Eola Dr., Orlando, FL 32802 | |

*Original Lease Agreement executed on December 12, 1986.*
- *Landlord Waiver executed September 30, 2004*

*First Amendment executed on March 31, 1997*
*Second Amendment executed on November 5, 1997*
*Third Amendment executed on December 10, 1998*
*Fourth Amendment executed on March 19, 1999*
*Fifth Amendment executed on October 28, 1999*
*Sixth Amendment executed on May 1, 2009*

**<u>W05 – Fort Myers, FL</u>**\* (Vacated, but still under lease)

| **Landlord information** | **Tenant information** |
|---|---|
| Winnie M Powell, Trustee | Arch Aluminum & Glass Co., Inc. |
| 7119 Lakeridge View Ct., #403 | 2308 Bruner Lane |
| Fort Myers, FL 33907 | Fort Myers, FL 33912 |

*Original Lease Agreement March 15, 2007*
- *Landlord Waiver executed January 29, 2008*

*First Amendment executed on March 26, 2009*

**<u>W07 – Bridgeport, NJ</u>**\*

| **Landlord information** | **Tenant information** |
|---|---|
| Baker-Properties, L.P. | Arch Aluminum & Glass Co., Inc. |
| P.O. Box 7777-W4280 | 750 Veterans Drive |
| Philadelphia, PA 19175 | Bridgeport, NJ 08014 |

*Original Lease Agreement executed on September 30, 1999*

*Tenant Notification Letter of Assignment of Lease dated March 2005*

**W10 – Madison, TN**\* (Vacated, still under lease)

**Landlord information**
Nashville Crossman Realty
c/o James Crossman & David E Rawlings
102 Woodmont Blvd, #209
Nashville, TN  37205
*Original Lease Agreement executed on July 17, 2008*

**Tenant information**
Arch Aluminum & Glass Co., Inc.
a subsidiary of AAG Holdings, Inc.
10 Fant Industrial Dr.
Madison, TN  37115

**W14 – Indianapolis, IN**\*

**Landlord information**
CS Properties & Associates of Florida
10200 NW 67th Street
Tamarac, FL  33321
*Original Lease Agreement executed on June 23, 1998*
  • *Landlord Waiver executed on September 21, 2004*
*First Amendment executed October 1, 2007*

**Tenant information**
Arch Aluminum & Glass Co., Inc.
7701 W New York St.
Indianapolis, IN  46214

**W15 – Kansas City, KS**\* (Vacated, still under lease)

**Landlord information**
Prime Investments, Inc.
801 Armourdale Pkwy
Kansas City, KS 66105
*Original Lease Agreement executed on March 30, 2006*

**Tenant information**
Arch Aluminum & Glass Co., Inc.
41 Osage Ave.
Kansas City, KS  66105

**W19 – Norcross, GA**\*

**Landlord information**
Weeks Realty, LP
c/o Bob Currie
3350 Riverwood Pkwy, Ste 700
Atlanta, GA  30339
*Original Lease Agreement executed on March 15, 1996*
  • *Landlord Waiver executed on September 28, 2004*
*First Amendment executed on May 11, 2001*
*Second Amendment executed on May 28, 2004*
*Third Amendment executed May 2006*
*Fourth Amendment executed on April 30, 2009*
*Fifth Amendment executed on October 31, 2009*

**Tenant information**
Arch Aluminum & Glass Co., Inc. (f/k/a
to Arch Aluminum LC).
3905 Steve Reynolds Blvd.
Norcross, GA  30093

**W20 – Youngsville, NC**\*

**Landlord information**
Silverstein Enterprises at Youngsville, LLC
10200 NW 67th Street
Tamarac, FL 33321

**Tenant information**
Arch Aluminum & Glass Co., Inc.
285 Northbrook Dr.
Youngsville, NC  27596

*Original Lease Agreement executed on November 12, 2007*
- *Landlord Waiver executed on February 18, 2009*

### W23 – New Berlin, WI*

**Landlord information**
Silverstein Enterprises at New Berlin, LLC
10200 NW 67th Street
Tamarac, FL 33321

**Tenant information**
Arch Aluminum & Glass Co., Inc.
5700 S Moorland Rd
New Berlin, WI  53151

*Original Lease Agreement executed on January 8, 2007*
- *Landlord Waiver executed on January 23, 2008*

### W27 – Columbus, OH*

**Landlord information**
ProLogis c/o Celeste Kotick
4545 Airport Way
Denver, CO  80239

**Tenant information**
Arch Aluminum & Glass Co., Inc.
2395 Setterlin Dr.
Columbus, OH  43228

*Original Lease Agreement executed on May 16, 2005*
*First Amendment executed on August 21, 2006*

### W28 – Miami, FL*

**Landlord information**
3000 Gratigny Associates, LLC
c/o Easton & Associates
c/o Henry Rodriguez, Property Manager
14335 SW 119th Ave
Miami, FL 33186

**Tenant information**
Arch Aluminum & Glass Co., Inc.
3000 NW 125th Street
Miami, FL  33176

*Original Lease Agreement executed on September 14, 2002*
- *Landlord Waiver executed on October 11, 2005*
*Settlement Agreement modifying lease dated March 17, 2005*
*First Amendment executed on October 5, 2005*
*Second Amendment executed on October 31, 2009*

### W29 – City of Industry, CA*

**Landlord information**
The Feit Family 1984 Trust
801 S. Figueroa St., Suite 600
Los Angeles, CA 90017

**Tenant information**
Arch Aluminum and Glass Co., Inc.
(f/k/a Trident Consolidated Industries, Inc.)
19430 San Jose Ave
City of Industry, CA  91748

*Original Lease Agreement executed June 26, 2003*
- *Landlord Waiver executed March 7, 2008*

*First Amendment executed on June 27, 2008*
*Second Amendment executed on June 1, 2009*

## W30 – Phoenix, AZ*

**Landlord information**
RGR Development Corporation
c/o Mischelle Morgan
5010 E Shea Blvd, #A104
Scottsdale, AZ 85254

**Tenant information**
Arch Aluminum & Glass Co., Inc.
(f/k/a Arch-Amarlite Aluminum & Glass
Co. of Arizona, Inc.)
825 S. 43rd Avenue
Phoenix, AZ 85009

*Original Lease Agreement executed on February 28, 1997*
- *Landlord Waiver executed September 21, 2004*

*First Amendment executed on November 19, 1999*
*Second Amendment executed on April 7, 2003*
*Third Amendment executed on June 30, 2003*
*Fourth Amendment executed on February 21, 2005*
*Fifth Amendment executed on November 29, 2006*
*Sixth Amendment executed on April 30, 2007*

## W31 – Aurora, CO*

**Landlord information**
Brown Investment-Colorado, LLC
c/o Douglas H. Brown, II
18124 Wedge Parkway, Unit 517
Reno, NV 89511
*Original Lease Agreement executed November 30, 2004*
- *No Landlord Waiver*

**Tenant information**
Arch Aluminum & Glass Co., Inc.
11950 East 33rd Avenue
Aurora, CO 80010-1429

## W32 – Magnolia, TX

**Landlord information**
Silverstein Enterprises of Magnolia, LLP
10200 NW 67th Street
Tamarac, FL 33321
*Original Lease Agreement executed on March 7, 2005*
- *Landlord Waiver executed on January 23, 2008*

**Tenant information**
Arch Aluminum & Glass Co., Inc.
5434 FM 1488 Road
Magnolia, TX 77354

*First Amendment executed on January 8, 2007*
*Second Amendment executed on July 22, 2009*

## W34 – Salt Lake City, UT*

**Landlord information**

**Tenant information**

Silverstein Enterprises at Salt Lake City, LLC
10200 NW 67th Street
Tamarac, FL 33321

Arch Aluminum & Glass Co., Inc.
1655 South Awl Circle
Salt Lake City, UT  84104

*Original Lease Agreement executed on August 16, 2005*
- *Landlord Waiver executed on May 18, 2006*

*First Amendment executed on December 27, 2006*

## W35 – Fort Worth, TX*

**Landlord information**
RREEF Valwood Park/Centreport, LP
75 Remittance Drive, Ste 6887
Chicago, IL 60675

**Tenant information**
Arch Aluminum & Glass Co., Inc.
4400 Cambridge Road
Fort Worth, TX  76155

*Original Lease Agreement executed on November 16, 2005*
*First Amendment executed on November 8, 2006*

## W36 – Las Vegas, NV* (Vacated, still under lease)

**Landlord information**
WesTech Business Center II
Diablo Commerce Center, LLC
c/o LaPour Partners
5525 S. Decatur Blvd, Ste 101
Las Vegas, NV 89118

**Tenant information**
Arch Aluminum & Glass Co., Inc.
5175 West Diablo Drive, Suite 108
Las Vegas, NV  89118

*Original Lease Agreement executed on February 23, 2006*
- *Landlord Waiver executed on February 19, 2008*

## W37 – Garland, TX*

**Landlord information**
Teachers Insurance & Annuity
Association of America
c/o Leonard Balduchi, Director
c/o CBRE real Estate Services, Inc
P.O. Box 90298, Chicago, IL 60696-0298

**Tenant information**
Arch Aluminum & Glass Company of
Texas, Inc.
2701 Marquis Drive, Suite 115
Garland, TX  75042

*Original Lease Agreement executed on April 18, 2002*
*First Amendment executed on March 29, 2007*

## W39 – Rogers, MN* (Vacated, still under lease)

**Landlord information**
Meritex Twin City Industrial I, LLC
24 University Ave NE, Ste 200
Minneapolis, MN 55413

**Tenant information**
Arch Aluminum & Glass Co., Inc.
13251 George Weber Dr, Ste 200
Rogers, MN  55374

*Original Lease Agreement executed on January 8, 2007*
- *Landlord Waiver executed January 8, 2007*

### W40 – Austin, TX*

**Landlord information**
Industrial Properties Corp.
16479 Dallas Parkway, Ste 500
Addison, TX 75001

**Tenant information**
9324 Neils Thompson Dr.
Suites 110, 112, 114 & 116
Austin, TX 78758

*Original Lease Agreement executed on June 6, 2007*

### W41 – Tulsa, OK[+]

**Landlord information**
Ruhrpumpen, Inc.
c/o Chuck Belveal, Controller
4501 South 86th Avenue
Tulsa, OK 74145

**Tenant information**
Arch Aluminum & Glass Co., Inc. (f/k/a
Arch Tulsa Acquisition Co.)
4501 South 86th East Ave
Tulsa, OK 74145

[+] Physical address for this location is 4363 South 86th East Avenue
*Assignment & Assumption of Lease Agreement executed on June 2, 2008*
- *Landlord Waiver executed on February 27, 2009*

### W80 – Jacksonville, FL* (Vacated, still under lease)

**Landlord information**
Logistics Centers of Florida, LLC
5830 E. Ponce de Leon Ave
Stone Mountain, GA 30083

**Tenant information**
AWP, LLC
8003 Westside Industrial Dr.
Jacksonville, FL 32219

*Original Lease Agreement executed on July 31, 2006*
- *Landlord Waiver executed July 31, 2006*

### W81 – Medley, FL*

**Landlord information**
The Realty Associates fund VI, LP
c/o Heather Hohenthal
28 State Street, 10th Floor
Boston, MA 02019

**Tenant information**
AWP, LLC
8130 NW 74th Avenue
Medley, FL 33166

*Original Lease Agreement executed on December 1, 2005*
*Assignment of Original Lease Agreement executed on February 13, 2007*

2. Guaranties to Leases

i. **W35 – Fort Worth, TX** by AAG Holdings, Inc.

    ii.   **W39 – Rogers, MN** by AAG Holdings, Inc.

    iii.   **W80 – Jacksonville, FL** by Arch Aluminum and Glass Company, Inc.

## H. Debt Agreements

1. PNC Loan and Security Agreement

    a.   Amended and Restated Loan and Security Agreement dated April 2, 2007 by and among PNC Bank, National Association, AAG Holdings, Inc., and other parties identified on the signature pages therein, as amended by First Amendment to Amended and Restated Loan and Security Agreement dated December 31, 2007 and by Second Amendment to Amended and Restated Loan and Security Agreement, Waiver and Consent dated July 31, 2008.*

    b.   Amended and Restated Revolving Note dated April 2, 2007 by among PNC Bank, National Association, AAG Holdings, Inc., and other parties identified on the signature pages therein.*

    c.   Amended and Restated Tranche A Term Note dated April 2, 2007 by among PNC Bank, National Association, AAG Holdings, Inc., and other parties identified on the signature pages therein.*

    d.   Amended and Restated Tranche Delayed Draw Term Note dated April 2, 2007 by among PNC Bank, National Association, AAG Holdings, Inc., and other parties identified on the signature pages therein.*

    e.   Amended and Restated Tranche A Capex Note dated April 2, 2007 by among PNC Bank, National Association, AAG Holdings, Inc., and other parties identified on the signature pages therein.*

    f.   Amended and Restated Intercreditor and Subordination Agreement dated as of April 2, 2007, as amended from time to time.*

    g.   Deposit Control Agreements by and among PNC Bank, National Association, Comerica Bank, Arch Aluminum and Glass Co., Inc., and other parties as identified on the signature pages therein.*

    h.   Collateral Assignment of 1310545 Alberta ULC's Rights Under Stock Purchase Agreement to PNC Bank, National Association, As Collateral Agent for Arch Aluminum and Glass International, Inc.*

    i.   Landlord Lien Waivers for the following Leased Real Property:

        i.   Orlando, FL

        ii.   Indianapolis, IN

    iii.   Youngsville, NC

    iv.   Fort Myers, FL

    v.   Sarasota, FL

    vi.   Norcross, GA

    vii.   Waukesha, WI

    viii.   Phoenix, AZ

    ix.   Columbus, AZ

    x.   Columbus, OH

    xi.   Dallas, TX

    xii.   Miami, FL

    xiii.   Tamarac, FL

2.   <u>Churchill Note Purchase Agreement</u>

    a.   Note Purchase Agreement dated September 30, 2004 by and among Churchill Capital Partners IV, L.P., AAG Holdings, Inc., and Arch Aluminum and Glass Co., Inc., as amended by First Amendment to Note Purchase Agreement dated January 11, 2006, Second Amendment to Note Purchase Agreement dated October 31, 2006, Third Amendment to Note Purchase Agreement dated April 2, 2007, Fourth Amendment to Note Purchase Agreement dated December 31, 2007, and Fifth Amendment to Note Purchase Agreement dated July 31, 2008.*

    b.   $13,000,000 Second Amended and Restated Senior Subordinated Note dated by and among Churchill Capital Partners IV, L.P., AAG Holdings, Inc., and Arch Aluminum and Glass Co., Inc. due April 2, 2013.*

    c.   Joinder Agreement dated April 2, 2007 signed by Arch Aluminum and Glass International, Inc., together with Acknowledgement of Arch Aluminum, L.C., Trident Consolidated Industries, Inc. and AWP, LLC.

    d.   Pledge Agreement dated April 2, 2007 from Arch Aluminum and Glass International, Inc., together with Copies of Stock Certificate for 65% of the Stock of 1310545 Alberta ULC and Stock Powers executed in blank.*

    e.   Collateral Assignment of Intercompany Note and Security Documents dated April 2, 2007 by Arch Aluminum and Glass International, Inc., together with Consent signed by 1310545 Alberta ULC.*

     f.   Collateral Assignment of Intercompany Loan Security Documents in favor of the Note Purchaser from PNC Bank, National Association, as Intercompany Loan Collateral Agent for Arch Aluminum and Glass International, Inc., and from Arch Aluminum and Glass International, Inc., together with consent by 1310545 Alberta ULC.*

3.   <u>Intercompany Loan in the Principal Amount of $10,000,000.00 CAD</u>

     a.   Secured Term Promissory Note in the Principal Amount of $10,000,000 dated April 2, 2007 between 1310545 Alberta ULC and Arch Aluminum and Glass International, Inc., on behalf of Arch Aluminum and Glass International, Inc.*

     b.   General Security Agreement dated April 2, 2007 by 1310545 Alberta ULC to PNC Bank, National Association.*

     c.   Collateral Assignment of Intercompany Security Documents dated April 2, 2007 by PNC Bank, National Association, as Collateral Agent for Arch Aluminum and Glass International, Inc., to PNC Bank, National Association, as Agent for the Lenders to Arch Aluminum and Glass International, Inc.*

     d.   Collateral Assignment of Intercompany Note and Security Documents dated April 2, 2007 by PNC Bank, National Association, as Collateral Agent for Arch Aluminum and Glass International, Inc., to PNC Bank, National Association, as Agent for the Lenders to Arch Aluminum and Glass International, Inc.*

     e.   Consent by 1310545 Alberta ULC to Collateral Assignment by PNC Bank, National Association, as Collateral Agent for Arch Aluminum and Glass Co., Inc., to PNC Bank, National Association, as Agent for the Lenders to Arch Aluminum and Glass International, Inc.

     f.   Consent by 1310545 Alberta ULC to Collateral Assignment by PNC Bank, National Association, as Collateral Agent for Arch Aluminum and Glass International, Inc., to PNC Bank, National Association, as Agent for the Lenders to Arch Aluminum and Glass International, Inc.

     g.   Collateral Agency Agreement dated April 2, 2007 between Arch Aluminum and Glass International, Inc., and PNC Bank, National Association.

4.   <u>Intercompany Loan in the Principal Amount of $666,666.00 CAD</u>

     a.   Secured Term Promissory Note between Arch Canada, ULC and Arch Aluminum and Glass International, Inc., in the principal amount of $666,666.00 CAD, dated May 7, 2007, Document No. 026 948 867.*

5.   <u>Industrial Development Bond</u>

    a.  Loan Agreement dated June 1, 2000 between County of Summit, Ohio and Arch Aluminum and Glass Co., Inc.

    b.  Trust Indenture dated June 1, 2000 between County of Summit, Ohio and U.S. Bank Trust National Association

    c.  Remarketing Agreement dated June 1, 2000 between Arch Aluminum and Glass Co., Inc., and Comerica Securities.

    d.  Letter of Credit Reference No. 19101557 in the amount of $4,059,178.08 for the benefit of County of Summit, Ohio.

6.  <u>Credit Swap Agreements</u>

    a.  Terms and Conditions of CAD Amortizing Interest Rate Swap, Reference CBD14914, dated April 26, 2007 between Citizens Bank of Massachusetts between AAG Holdings, Inc.

    b.  Swap Transaction Confirmation dated April 25, 2007 among Wachovia Bank, National Association, Arch Aluminum & Glass Co., Inc., Arch Aluminum, L.C., AWP LLC, Trident Consolidated Industries, Inc., and Arch Aluminum and Glass International, Inc.

    c.  Master Agreement dated April 20, 2007, among Citizens Bank of Massachusetts, AAG Holdings, Inc., Arch Aluminum & Glass Co., Inc., Arch Aluminum, L.C., AWP LLC, Trident Consolidated Industries, Inc., and Arch Aluminum and Glass International, Inc., as amended by Amendment dated May 15, 2007. (A termination letter dated December 17, 2009 has been received by Sellers. )

    d.  Master Agreement dated April 17, 2007 among Wachovia Bank, National Association, AAG Holdings, Inc., Arch Aluminum & Glass Co., Inc., Arch Aluminum, L.C., AWP LLC, Trident Consolidated Industries, Inc., and Arch Aluminum and Glass International, Inc. (A termination letter dated December 1, 2009 has been received by Sellers.)

## I. Employment Agreements

1.  Employment and Confidentiality Agreement dated February 2005 between Arch Aluminum and Glass Co., Inc., and Manuel Vallarades.

2.  Employment and Confidentiality Agreement dated February 2005 between Arch Aluminum and Glass Co., and Raymond London.

3. Employment and Confidentiality Agreement dated September 30, 2004 between Arch Aluminum and Glass, Inc., and Leon Silverstein, as amended by Letter Agreement dated September 11, 2009.

### J.  Mortgages

### W01 – Tamarac, FL

1. Open-End Mortgage, Security Agreement, Assignment of Leases and Rents and Fixture Filing for property in Broward County, Florida recorded as O.R. Book 38313, Page 184 in the Public Records of Broward County, Florida.

2. Amended and Restated Open-End Mortgage, Security Agreement, Assignment of Leases and Rents and Fixture Filing for property in Broward County, Florida, recorded as O.R. Book 43923, Page 1394 in the Public Records of Broward County, Florida.

### W08 – Villa Rica, GA

1. Deed to Secure Debt, Security Agreement and Assignment of Leases and Rents for property in Carroll County, Georgia, recorded in Deed Book 3082, Page 140 in the Office of the Clerk of Superior Court of Carroll County.

2. Amended and Restated Deed to Secure Debt, Security Agreement and Assignment of Leases and Rents for property in Carroll County, Georgia, recorded with the Carroll County Recorder of Deeds at Deed Book 4015, Page 2 in the Office of the Clerk of Superior Court of Carroll County.

### W16 – Bettendorf, IA

1. Mortgage, Security Agreement, Assignment of Leases, Rents and Profits and Fixture Filing, recorded as Document #38630-2004 in the Public Records of Scott County, Iowa.

2. Amended and Restated Mortgage, Security Agreement, Assignment of Leases, Rents and Profits and Fixture Filing for property in Scott County, Iowa, recorded as Document #10120-2007 in the Public Records of Scott County, Iowa.

### W17 – Fort Pierce, FL

1. Open-End Mortgage, Security Agreement, Assignment of Leases and Rents and Fixture Filing for property in St. Lucie County, Florida, recorded as O.R. Book 2071 Page 2543 in the Public Records of St. Lucie County, Florida.

2. Amended and Restated Open-End Mortgage, Security Agreement, Assignment of Leases and Rents and Fixture Filing for property in St. Lucie County, Florida, recorded as Book 2798, Page 494 in the Public Records of St. Lucie County, Florida.

### W22 – Jackson, MS

1. Deed of Trust, Security Agreement, Assignment of Leases and Rents and Fixture Filing for property in Hinds County, Mississippi, recorded as Book 6132, Page 383 in the Public Records of Hinds County, Mississippi.

2. Amended and Restated Deed of Trust, Security Agreement, Assignment of Leases and Rents and Fixture Filing for property in Hinds County, Mississippi, recorded as Book 6677, Page 77 in the Public Records of Hinds County, Mississippi.

### W24 – Akron, OH

1. Open-End Mortgage, Security Agreement, Assignment of Leases and Rents and Fixture Filing for property in Summit County, Ohio, recorded as Instrument #55107488 in the Public Records of Summit County, Ohio.

2. Amended and Restated Open-End Mortgage, Security Agreement, Assignment of Leases and Rents and Fixture Filing for property in Summit County, Ohio, recorded as Instrument #55431380 in the Public Records of Summit County, Ohio.

3. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2003 recorded as Instrument #54480455 in the Public Records of Summit County, Ohio.

4. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2004 recorded as Instrument #54480454 in the Public Records of Summit County, Ohio.

5. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2005 recorded as Instrument #54480453 in the Public Records of Summit County, Ohio.

6. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections

5709.41-5709.43 of the Ohio Revised Code for the calendar year 2006 recorded as Instrument #54480452 in the Public Records of Summit County, Ohio.

7. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2007 recorded as Instrument #54480451 in the Public Records of Summit County, Ohio.

8. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2008 recorded as Instrument #54480450 in the Public Records of Summit County, Ohio.

9. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2009 recorded as Instrument #54480449 in the Public Records of Summit County, Ohio.

10. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2010 recorded as Instrument #54480448 in the Public Records of Summit County, Ohio.

11. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2011 recorded as Instrument #54480447 in the Public Records of Summit County, Ohio.

12. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2012 recorded as Instrument #54480446 in the Public Records of Summit County, Ohio.

13. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2013 recorded as Instrument #54480445 in the Public Records of Summit County, Ohio.

14. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2014 recorded as Instrument #54480444 in the Public Records of Summit County, Ohio.

15. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2015 recorded as Instrument #54480443 in the Public Records of Summit County, Ohio.

16. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2016 recorded as Instrument #54480442 in the Public Records of Summit County, Ohio.

17. Mortgage for property in Summit County Ohio in connection with semi-annual service payments in lieu of taxes in accordance with the requirement of Sections 5709.41-5709.43 of the Ohio Revised Code for the calendar year 2017 recorded as Instrument #54480441 in the Public Records of Summit County, Ohio.

Attachment for

Section 3.12(a)(F) of the Disclosure Schedule

Vehicle Rosters

**A. Truck Roster**

| | RETURN DATE | UNIT# | YEAR | MAKE | MODEL | DESCRIPTION | VIN# | IN SERVICE | NEWS | TERM | EXPIRES DATE | FIXED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Last Updated: | | | | | | | | | | | | |
| 13-Oct-09 | | | | | | | | | | | | |
| | | | | | | **VEHICLES RETURNED SINCE AUGUST 1, 2009** | | | | | | |
| | | 806 | 2002 | GMC | C6500 | TRACTOR | 1GD5HE3C23505161 | 2/4/2002 | 69068 | | | GM 8.1 GAS $1,436.66 |
| | | 904 | 1999 | GMC | C6500 | S/A STRAIGHT TRUCK | 1GDJ7H1CX5C595928 | 7/7/1999 | 69659 | | | CAT 3126 $1,325.00 |
| Sold for Scrap - Lump Sum $15,000 | 8/1/2009 | 909 | 2001 | GMC | C6500 | S/A STRAIGHT TRUCK | 1GDJ7H1C71J55015 | 12/28/2001 | 66494 | | | CAT 3126 $1,252.00 |
| | | 990 | 2002 | GMC | C6500 | S/A STRAIGHT TRUCK | 1GDJ7H1C82J536900 | 9/20/2002 | 66494 | | | CAT 3126 $1,240.00 |
| | | 910 | 2002 | CHEVY | C6500 | S/A STRAIGHT TRUCK | 1GBGC1C34F507H453 | 8/15/2002 | 66498 | | | GM 8.1 GAS $1,550.52 |
| Turn in immediately | 8/1/2010 | 440041 | 2006 | FREIGHTLINER | CH613 | S/A TRACTOR | 1FU8ACC909FW06210 | 7/14/2005 | 69068 | 6 | 7/14/2011 | DURAMAX 6600 $1,275.76 |
| Turn in immediately | 9/15/2009 | 958614 | 2002 | MACK | CH613 | T/A DAYCAB | 1M1AA13YO3W151222 | 6/13/2002 | 69659 | 6 | 6/13/2002 | $1,524.39 |
| Turn in immediately | 9/15/2009 | 421764 | 2005 | INTL | 4400/22 Diesel Light Duty Van | S/A STRAIGHT TRUCK | 1HTMKAAR65H154089 | 1/6/2005 | 66494 | 4 | 1/6/2005 | $1,150.24 |
| Turned in | 9/15/2009 | 421764 | 2005 | INTL | 4400/22 Diesel Light Duty Van | S/A STRAIGHT TRUCK | 1HTMKAAR65H154031 | 12/30/2004 | 66494 | 4 | 12/30/2004 | $1,100.86 |
| Turn in immediately (done) | 10/1/2009 | 411826 | 2003 | UNRUH | UFI7/7A Other Trailer | TARPED GLASS RACK | 1JAL8SB1646P301912 | 12/7/2004 | 66498 | 4 | 8/30/2009 | $1,150.24 |
| Turn in immediately (done) | 10/1/2009 | 421763 | 2005 | INTL | 4400/22 Diesel Light Duty Van | S/A STRAIGHT TRUCK | 1HTMKAAR65H154088 | 11/14/2005 | 51795 | 4 | 11/14/2009 | $1,150.24 |
| Turn in immediately (done) | 10/1/2009 | 421763 | 2005 | INTL | 4400/22 NQR/20 Diesel Dry Van | S/A STRAIGHT TRUCK | 1HTMKAAR65H154038 | 12/20/2004 | 66494 | 4 | 2/20/2010 | $1,150.24 |
| Turn in immediately (done) | 10/16/2009 | 421763 | 2005 | ISUZU | 4400 | S/A STRAIGHT TRUCK | 1JAL8SB1696P306449 | 11/25/2005 | 51795 | 4 | 11/25/2009 | $1,150.24 |
| Turn in immediately (Done) | 10/23/2009 | 949132 | 2002 | ISUZU | NPR/NQR/20 Diesel Dry Van | T/A BOOM | 1HTHCATR42H521708 | 1/29/2002 | 65507 | 75 | 7/29/2008 | $1,150.24 |
| Needs to be replaced in 26K GVWR | 10/23/2009 | 440663 | 2005 | INTL | 8100 | S/A STRAIGHT TRUCK | 1HTWYAXR84D094885 | 11/25/2005 | 75332 | 6 | 11/25/2009 | $1,269.28 |
| Need to get unit 550729 from New Berlin | 10/30/2009 | 412418 | 2004 | INTL | NPR/NQR/20 TAD Heavy Glass | T/A STRAIGHT - BOOM | 1HTWYAXR84D079002 | 12/15/2003 | 78689 | 6 | 9/15/2009 | $1,391.10 |
| Need to advise #522623 from New Berlin | will advise | 431166 | 2004 | FREIGHTLINER | 760/22R TAD Heavy Glass | T/A DAYCAB | 1FVACWDCX5DXXXXX | 9/11/2005 | 72812 | 5.5 | 9/11/2009 | $1,507.44 |
| Need to get unit #894919 from Rogers | will advise | 949570 | 2002 | FREIGHTLINER | FLD120/064TADC | T/A STRAIGHT-BOOM | 1FVIAHBD72PK13833 | 12/17/2001 | | | 6/17/2009 | |
| ...will return to Jackson in November to tune-in to Penske | will advise | 411038 | 2004 | INTL. | 760/22/4 TAD Heavy Flatbed | TADC/BOOM | 1HTWYATR84D089807 | 12/10/2003 | 69205 | 6 | 12/10/2009 | $1,448.30 |

| | RETURN DATE | UNIT# | YEAR | MAKE | MODEL | DESCRIPTION | VIN# | IN SERVICE | NEWS | TERM | EXPIRES DATE | FIXED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DAN WAGNER NEEDS TO NEGOTIATE WITH RYDER PRIOR TO RETURN** | | | | | | | | | | | | |
| will be ready to return week of | 11/30/2009 | 447528 | 2005 | FREIGHTLINER | M2 106MD/20? Diesel Dry Van | S/A STRAIGHT TRUCK | 1FVACXDX56HW30538 | 11/23/2005 | 43995 | 4.5 | 05/23/10 | $1,008.26 |
| | | 433260 | 2005 | FREIGHTLINER | M2 106MD/21? Diesel Dry Van | FLATBED | 1FVACXDC36HW09711 | 7/18/2006 | 56950 | 6 | 01/18/12 | $1,155.64 |
| Turn in immediately | Jan. 01/10 | 410497 | 2004 | FREIGHTLINER | M2/20? Diesel Dry Van | S/A STRAIGHT TRUCK | 1FVACXDC54H538598 | 8/6/2004 | 70447 | 6 | 08/06/10 | $1,351.50 |
| | Jan. 01/10 | 694454 | 2005 | FREIGHTLINER | M2 | T/A STRAIGHT - BOOM | 1FVHCYCS85H300276 | 8/26/2004 | 55920 | 6 | 08/26/10 | $1,298.00 |
| Can be turned in per Donny Anderson | Jan. 01/10 | 694453 | 2005 | FREIGHTLINER | M2 | S/A STRAIGHT TRUCK | 1FVACXKC66SV00275 | 10/18/2004 | 43363 | 6 | 10/18/10 | $880.00 |
| Can be turned in per Donny Anderson | Jan. 01/10 | 694462 | 2007 | FREIGHTLINER | CL120/8/ACD Tractor | S/A DAYCAB | 1FUBA5CX97LX81638 | 5/12/2008 | 82698 | 7 | 06/11/13 | $1,539.00 |
| Per Tim Haney ready to turn in | Jan. 01/10 | 408716 | 2008 | FREIGHTLINER | 8600/SACD Tractor | S/A DAYCAB | 1HSHWAHN59G041133 | 5/30/2008 | 78095 | 7 | 04/01/16 | $1,150.00 |
| *Turn in immediately?????* | Jan. 01/10 | 404801 | 2008 | FREIGHTLINER | M2/21 Diesel Flat/Stake | T/A SLEEPER | 1FVACXDC96HW31834 | 2/18/2008 | | 7 | 03/21/14 | $1,323.50 |
| | Jan. 01/10 | 404801 | 2008 | FREIGHTLINER | CL12042ST/TADC Tractor | T/A DAYCAB | 1FVACXKC66SV00275 | 4/11/2008 | 78069 | 7 | 04/11/14 | $1,299.00 |
| *Turn in immediately??????* | Jan. 01/10 | 404801 | 2005 | FREIGHTLINER | CL12064STT/ADC Tractor Sleeper | T/A SLEEPER | 1FVACXXC95V16437 | 2/18/2005 | 87291 | 7 | 02/18/11 | $1,714.53 |
| Per Tim Haney ready to turn in | Jan. 01/10 | 425658 | 2006 | FREIGHTLINER | CL12064STT/ADC Tractor Sleeper | S/A DAYCAB | 1FVBA5CG57LX92891 | 6/8/2006 | 73247 | 7 | 06/08/13 | $1,330.00 |
| Per Tim Haney ready to turn in | Jan. 01/10 | 500787 | 2005 | FREIGHTLINER | CL12064STT/ADC Tractor Sleeper | T/A SLEEPER | 1FUJA6CK1LW42843 | 4/28/2006 | 58576 | 7 | 04/28/12 | $1,578.00 |
| Per Bob Goettig can be returned. 10/28/09 | Jan. 01/10 | 447526 | 2006 | FREIGHTLINER | CL-112 | T/A SLEEPER | 1FUJA6CK6LW07238 | 11/28/2003 | 89004 | 7 | 11/28/11 | $1,645.12 |
| To be turned in per Doyle Dyer - 10/28/09 | Jan. 01/10 | 439707 | 2007 | FREIGHTLINER | CL12064STT/ADC | T/A DAYCAB | 1FUBPCV07LX66123 | 11/15/2006 | 87007 | 7 | 11/15/13 | $1,557.04 |
| | Jan. 01/10 | 695644 | 2005 | | | | | | | | | |
| | | 409697 | 2009 | FREIGHTLINER | M2/24? SAD Medium Glass | S/A STRAIGHT TRUCK | 1FVACXDT59HA13910 | 12/15/2008 | 48798 | 7 | 12/15/2015 | $988.00 |
| Dan Wagner to negotiate a 10% allowance with Penske | Jan. 01/10 | 434188 | 2005 | INTL | 760/22R SAD Medium Flatbed | S/A STRAIGHT TRUCK | 1HTTXAHN43O45574 | 7/29/2004 | 55618 | 6 | 7/29/2010 | $1,053.69 |
| | Jan. 01/10 | 474187 | 2005 | INTL | 760/22R SAD Medium Flatbed | S/A STRAIGHT TRUCK | 1HTTXAHN65O45575 | 8/12/2004 | 55618 | 6 | 8/12/2010 | $1,053.69 |
| | Jan. 01/10 | 474187 | 2005 | FREIGHTLINER | M2/24 SAD Medium Van | S/A STRAIGHT TRUCK | 1FVACWDC36DW1043 | 8/18/2005 | 39860 | 6 | 8/18/2012 | $825.00 |
| | Jan. 01/10 | 479283 | 2006 | INTL | 8600/SACD Tractor | S/A STRAIGHT TRUCK | 1HTTXAHN45O45155 | 2/4/2005 | 68255 | 7 | 2/4/2011 | $1,471.10 |
| | Jan. 01/10 | 474188 | 2006 | INTL | NFR/24? SAD Medium Glass | S/A STRAIGHT TRUCK | 1FVACXDC45D168155 | 8/18/2005 | 47958 | 7 | 8/22/2012 | $450.00 |
| "half truck - central" | Jan. 01/10 | 479283 | 2008 | FREIGHTLINER | M2/24 SAD Medium Glass | S/A STRAIGHT TRUCK | 1FVACXDC96RW19316 | 10/1/2006 | 42240 | 7 | 10/1/2011 | $920.82 |
| | Jan. 01/10 | 550729 | 2006 | FREIGHTLINER | 760/27? TAD Heavy Glass | TADC | 1FVACXDC55SN82490 | 6/24/2004 | 41941 | 6 | 6/24/2010 | $872.86 |
| | Jan. 01/10 | 557328 | 2008 | INTL | M2/SAD Medium Other | S/A STRAIGHT TRUCK | 1HTWYAHR98J658761 | 10/19/2007 | 127230 | 7 | 10/19/2014 | $1,994.49 |
| Per Tim Haney ready to turn in | Jan. 01/10 | 557338 | 2009 | FREIGHTLINER | M2/SAD Medium Other | | 52166 | | | 11/6/2008 | 52166 | 7 | 11/6/2014 | $1,069.83 |
| Per Tim Haney ready to turn in | Jan. 01/10 | 432993 | 2005 | FREIGHTLINER | CL12064STT/ADC Tractor Sleeper | | 1FUJA6CK6LN79818 | 8/16/2004 | 81865 | 7 | 8/16/2004 | $1,596.53 |
| replaced by unit 408545 (Ryder) | Jan. 01/10 | 440382 | 2005 | FREIGHTLINER | CL12064STT/ADC | T/A DAYCAB | 1FUJA6CK61J20031 | 1/3/2005 | 76554 | 7 | 1/3/2012 | $1,473.93 |

| | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | PER MILE | MILES / YR | LEASER | REGION | LOCATION | GVW | LICENSE PLATE - STATE | |
| 237 | | | | | | | | |
| 238 | | | | | | | | |
| 239 | PER MILE | MILES / YR | LEASER | REGION | LOCATION | GVW | LICENSE PLATE - STATE | |
| 240 | | | | | | | | |
| 241 | | | | | | | | |
| 242 | | | | | | | | |
| 243 | ALLISON at 545 | 80,000 3/8/05 | ARCH | Jeff London | W35 - Fort Worth, TX | 25950 | 450WC9 TX | |
| 244 | GM 6 SP MANUAL | 110,000 3/8/05 | ARCH | Jeff London | W35 - Fort Worth, TX | 25950 | 2TR192 TX | |
| 245 | ALLISON 2000 | 120,000 3/8/05 | ARCH | Jeff London | W35 - Fort Worth, TX | 25950 | 93CHV9 TX | |
| 246 | ALLISON 2000 | 98,000 3/8/05 | ARCH | Jeff London | W35 - Fort Worth, TX | 25950 | 6DSL20 TX | |
| 247 | ALLISON 2000 | 110,000 3/8/05 | ARCH | Jeff London | W37 - Garland, TX | 17400 | 7RJX47 TX | |
| 248 | ALLISON 2000 | | ARCH | Jeff London | W37 - Garland, TX | 25900 | 76LNN1 TX | |
| 249 | 0.05 | 80000 | RYDER | Jeff London | W32 - Magnolia, TX | D875 TX | | |
| 250 | 0.06000 | 70,000 | RYDER | Tim Haney | W08 - Villa Rica, GA | 80000 | IP693D GA | |
| 251 | 0.08000 | 83,700 | RYDER | Jeff London | W32 - Magnolia, TX | 26000 | 37KN81 TX | |
| 252 | 0.08000 | 83700 | RYDER | Jeff London | W32 - Magnolia, TX | 26000 | 382N81 TX | |
| 253 | n/a | n/a | PENSKE | Kirk Johnson | W15 - Kansas City, KS | | | |
| 254 | 0.06000 | 83,700 | RYDER | Jeff London | W32 - Magnolia, TX | 26000 | 393N81 TX | |
| 255 | 0.06000 | 50,000 | RYDER | Kirk Johnson | W29 - City of Industry, CA | 14000 | 7Y40967 CA | |
| 256 | 0.08000 | 83,700 | RYDER | Jeff London | W32 - Magnolia, TX | 26000 | 363N81 TX | |
| 257 | 0.06000 | 50,000 | RYDER | Kirk Johnson | W29 - City of Industry, CA | 14000 | 2Y44966 CA | |
| 258 | 0.07040 | 60,000 | RYDER | Kirk Johnson | W34 - Salt Lake City, UT | 54000 | 7899386 CA | From Las Vegas |
| 259 | 0.07040 | 60,000 | RYDER | Kirk Johnson | W29 - City of Industry, CA | 54000 | 7Y46133 CA | |
| 260 | 0.06020 | 60,000 | RYDER | Sam Ryan | W14 - Indianapolis, IN | 52000 | 278104 IN | |
| 261 | 0.06360 | 80,000 | RYDER | Sam Ryan | W14 - Indianapolis, IN | 52000 | 275794 IN | |
| 262 | 0.07000 | 100,000 | RYDER | Kirk Johnson | W29 - City of Industry, CA | 54000 | UP14619 CA | From Kansas City |
| 263 | 0.07420 | 60,000 | PENSKE | Tim Haney | W22 - Jackson, MS | 52000 | 411703 IN | |
| 264 | | | | | | | | |
| 265 | | | | | | | | |
| 266 | 0.06000 | 84000 | RYDER | Jeff London | W32 - Magnolia, TX | 33000 | 43RXY2 TX | |
| 267 | 0.06000 | 50,000 | RYDER | Kirk Johnson | W29 - City of Industry, CA | 32000 | 7X18966 CA | |
| 268 | 0.06000 | 40,000 | RYDER | Kirk Johnson | W30 - Phoenix, AZ | 34700 | AB63777 AZ | |
| 269 | 0.07000 | 40,000 | RYDER | Rick Silverstini | W01 - Tamarac, FL | 33000 | N86974 FL | |
| 270 | 0.07000 | 40,000 | RYDER | Rick Silverstini | W01 - Tamarac, FL | 33000 | N8669F FL | |
| 271 | 0.05000 | 80,000 | RYDER | Rick Silverstini | W04 - Orlando, FL | 65000 | N8900K FL | |
| 272 | 0.05000 | 70,000 | RYDER | Sam Ryan | W24 - Akron, OH | 65000 | PVL5782 OH | |
| 273 | 0.06000 | 50,000 | RYDER | Sam Ryan | W39 - Rogers, MN | 26000 | YBA0852 MN | |
| 274 | 0.05000 | 70,000 | RYDER | Sam Ryan | W39 - Rogers, MN | 65000 | | |
| 275 | 0.05000 | 120,000 | RYDER | Tim Haney | W08 - Villa Rica, GA | 80000 | IC270M GA | |
| 276 | 0.05000 | 50,000 | RYDER | Tim Haney | W08 - Villa Rica, GA | 65000 | IC34K9 GA | |
| 277 | 0.06000 | 110,000 | RYDER | Tony Lawson | W16 - Mirror North | 80000 | SB8066 IA | |
| 278 | 0.06000 | 100,000 | RYDER | Tony Lawson | W17 - Mirror South | 80000 | F7081B FL | |
| 279 | 0.07420 | 45,000 | RYDER | Jeff London | W41 - Tulsa, OH | 65000 | Transferred from AWP on 2/2/09 | |
| 280 | | | | | | | | |
| 281 | | | | | | | | |
| 282 | 0.06000 | 45,000 | PENSKE | Jeff London | W15 - Kansas City, KS | 33000 | 1125057 IN | |
| 283 | 0.06180 | 100,000 | PENSKE | Jeff London | W41 - Tulsa, OK | 33000 | 321325 IN | |
| 284 | 0.06180 | 50,000 | PENSKE | Jeff London | W41 - Tulsa, OK | 33000 | 184765 IN | |
| 285 | 0.06000 | 50,000 | PENSKE | Jeff London | W41 - Tulsa, OK | 26000 | 964706 IN | |
| 286 | 0.01500 | 60,000 | PENSKE | Kirk Johnson | W31 - Aurora, CO | 65000 | 348390 IN | |
| 287 | 0.05000 | 60,000 | PENSKE | Rick Silverstini | W01 - Tamarac, FL | 65000 | S850AK FL | |
| 288 | 0.06180 | 50,000 | PENSKE | Sam Ryan | W07 - Bridgeport, NJ | 26000 | XH429Y IN | |
| 289 | 0.06560 | 40,000 | PENSKE | Sam Ryan | W14 - Indianapolis, IN | 33000 | 322002 IN | |
| 290 | 0.07000 | 60,000 | PENSKE | Sam Ryan | W23 - New Berlin, WI | 52000 | 1083814 IN | |
| 291 | 0.06000 | 70,000 | PENSKE | Tim Haney | W08 - Villa Rica, GA | 33000 | N7610P FL | |
| 292 | 0.06560 | 70,000 | PENSKE | Tim Haney | W20 - Yemmgville, NC | 80000 | 314772 IN | |
| 293 | 0.06180 | 70,000 | PENSKE | Tim Haney | W20 - Yemmgville, NC | 80000 | 292055 IN | |

**B. Trailer Roster**

ARCH COMMERCIAL TRAILERS

| OLD# | NEW# | YEAR | MAKE | MODEL | VIN | VALUE | INCEPTION | EXPIRATION | FIXED | PER MEM | LEADER | TAG | LESSOR | REGION | LOCATION | GVW | PLATE/STATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|